**Sage Therapeutics, Inc. (SAGE)**                                                                                           **Darren Korver**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 2/14/2023 | 10 | $45.9000 |