# EXHIBIT 3

**Sage Therapeutics, Inc. Loss Chart**
**Class Period Between April 12, 2021 and July 23, 2024**

**Lookback Price** 7.97859375

| Name | Date Purchased | Shares | Price Per Share | Total | Date Sold | Shares | Price Per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Edward Freedman | 5/18/2023 | 1,000 | ($52.13) | ($52,130.00) | | | | | | | |
| | 5/15/2024 | 1,000 | ($11.73) | ($11,730.00) | | | | | | | |
| **TOTAL** | | 2,000 | | ($63,860.00) | | | | | 2,000 | $15,957.19 | ($47,902.81) |