**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DARREN KORVER, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>v.<br><br>SAGE THERAPEUTICS, INC., BARRY E. GREENE, and KIMI IGUCHI,<br><br>     Defendants. | Case No.: 1:24-cv-06511-LGS<br><br>Hon. Lorna G. Schofield |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF KAPILA WIJAYATILLEKE'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.     I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Kapila Wijayatilleke ("Movant") and proposed Lead Counsel for the Class.

2.     I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3.     Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:    PSLRA Certification signed by Movant attesting to his transactions of Sage Therapeutics, Inc. ("Sage" or the "Company") securities;

**Exhibit B**:    Loss Chart reflecting the losses incurred by Movant as a result of his transactions in Sage securities;

**Exhibit C**:    Press Release published August 28, 2024, on *Accesswire,* announcing the pendency of the securities class action against defendants herein: *Korver v. Sage Therapeutics, Inc., et. al.,* Case No. 1:24-cv-06511-LGS;

**Exhibit D**:    Declaration signed by Movant in support of his lead plaintiff motion; and

**Exhibit E**:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: October 28, 2024                    Respectfully Submitted,

                                          **LEVI & KORSINSKY, LLP**

                                          By: */s/ Adam M. Apton*
                                          Adam M. Apton (AS-8383)
                                          33 Whitehall Street, 17th Floor
                                          New York, NY 10004
                                          Tel: (212) 363-7500
                                          Fax: (212) 363-7171
                                          Email: aapton@zlk.com

                                          *Lead Counsel for Kapila Wijayatilleke and*
                                          *[Proposed] Lead Counsel for the Class*

2