# EXHIBIT B

**Kapila Wijayatilleke**
**Transactions in Sage Therapeutics, Inc. - SAGE**
**Class Period: 04-12-2021 to 07-23-2024, inclusive**

Buy (B), Sell (S), Sell to Open (SO), Buy to Open (BO), Sell to Close (SC), Buy to Close (BC)

| | |
|---|---|
| LIFO Losses/(Gain) Options | ($12,690.00) |
| *Dura* LIFO Losses/(Gain)* Options | ($12,690.00) |

Options

| Account Number | Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|---|
| 1 | 7/26/2023 | SO | -10 | SAGE 18AUG24 $32.5 PUT | $4.03 | ($4,030.00) |
| 1 | 8/1/2023 | SO | -5 | SAGE 18AUG24 $32.5 PUT | $4.90 | ($2,450.00) |
| 1 | 8/8/2023 | AS | 15 | SAGE 18AUG24 $32.5 PUT | $0.00 | $0.00 |
| | | | | | | $0.00 |
| 1 | 8/1/2023 | SO | -5 | SAGE 18AUG24 $35 PUT | $6.12 | ($3,060.00) |
| 1 | 8/9/2023 | AS | 4 | SAGE 18AUG24 $35 PUT | $0.00 | $0.00 |
| 1 | 8/15/2023 | AS | 1 | SAGE 18AUG24 $35 PUT | $0.00 | $0.00 |
| | | | | | | $0.00 |
| 1 | 8/1/2023 | SO | -5 | SAGE 15SEPT24 $35 PUT | $6.30 | ($3,150.00) |
| 1 | 8/10/2023 | AS | 3 | SAGE 15SEPT24 $35 PUT | $0.00 | $0.00 |
| 1 | 8/11/2023 | AS | 1 | SAGE 15SEPT24 $35 PUT | $0.00 | $0.00 |
| 1 | 8/15/2023 | AS | 1 | SAGE 15SEPT24 $35 PUT | $0.00 | $0.00 |

| Client Name | Kapila Wijayatilleke |
|---|---|
| Company Name | Sage Therapeutics, Inc. |
| Ticker Symbol | SAGE |
| Security Type | |
| Class Period Start | 04-12-2021 |
| Class Period End | 07-23-2024 |
| 90-DAY Lookback Period Start | 07-24-2024 |
| 90-DAY Lookback Period End | 10-21-2024 |
| 90-DAY Lookback Average | $ 07.98 |

| SUMMARY OF FINANCIAL INTEREST (Options and Common Stock) | |
|---|---|
| LIFO Loss Total | $51,100.48 |
| DURA LIFO* Total | $51,100.48 |
| Gross Shares Purchased | 2,500 |
| Net Shares Retained | 2,500 |
| Net Funds Expended | $71,060.00 |

### Kapila Wijayatilleke

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 08-08-2023 | 1500 | 32.5 | $ 48,750.00 | | | | | | - | 1500 | 1500 | $ 07.98 | $ 11,975.71 | $ 36,774.29 | $ 36,774.29 |
| 08-09-2023 | 400 | 35 | $ 14,000.00 | | | | | | - | 400 | 400 | $ 07.98 | $ 3,193.52 | $ 10,806.48 | $ 10,806.48 |
| 08-10-2023 | 300 | 35 | $ 10,500.00 | | | | | | - | 300 | 300 | $ 07.98 | $ 2,395.14 | $ 8,104.86 | $ 8,104.86 |
| 08-11-2023 | 100 | 35 | $ 3,500.00 | | | | | | - | 100 | 100 | $ 07.98 | $ 798.38 | $ 2,701.62 | $ 2,701.62 |
| 08-15-2023 | 100 | 35 | $ 3,500.00 | | | | | | - | 100 | 100 | $ 07.98 | $ 798.38 | $ 2,701.62 | $ 2,701.62 |
| 08-15-2023 | 100 | 35 | $ 3,500.00 | | | | | | - | 100 | 100 | $ 07.98 | $ 798.38 | $ 2,701.62 | $ 2,701.62 |
| Total: | 2,500 | | $83,750.00 | | | | | | | 2,500 | 2,500 | | $ 19,959.52 | $ 63,790.48 | $ 63,790.48 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.