# EXHIBIT C

Case 1:24-cv-06511-JAV    Document 12-3    Filed 10/28/24    Page 2 of 4



ABOUT ⌄    PRODUCTS ⌄    NEWSROOM    RESOURCES ⌄

SUBMIT A PRESS RELEASE

CUSTOMER REVIEWS    LOGIN

◁ **Back to Newsroom**

# Pomerantz Law Firm Announces the Filing of a Class Action Against Sage Therapeutics, Inc. and Certain Officers – SAGE

Wednesday, 28 August 2024 10:00 PM



**Pomerantz LLP**

Topic:    Class Action          Share this Article

**NEW YORK, NY / ACCESSWIRE / August 28, 2024 /** Pomerantz LLP announces that a class action lawsuit has been filed against Sage Therapeutics, Inc. ("Sage" or the "Company") (NASDAQ:SAGE) and certain officers. The class action, filed in the United States District Court for the Southern District of New York, and docketed under 24-cv-06511, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Sage securities between April 12, 2021 and July 23, 2024, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased or otherwise acquired Sage securities during the Class Period, you have until October 28, 2024 to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Danielle Peyton at newaction@pomlaw.com or 646-581-9980 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

Sage is a biopharmaceutical company that develops and commercializes brain health medicines. The Company is developing, *inter alia*, zuranolone (SAGE-217/BIIB125), a neuroactive steroid for the treatment of postpartum depression ("PPD") and major depressive disorder ("MDD"), in collaboration with Biogen Inc. ("Biogen"); SAGE-718 (dalzanemdor), an oral, oxysterol-based positive allosteric modulator of the N-methyl-D-aspartate receptor for the treatment of, *inter alia*, mild cognitive impairment ("MCI") due to Parkinson's Disease ("PD"); and SAGE-324 (BIIB124), an oral investigational drug for the treatment of essential tremor ("ET"), also in collaboration with Biogen.



Case 1:24-cv-06511-JAV    Document 12-3    Filed 10/28/24    Page 3 of 4

NDA to the FDA.

The Complaint alleges that, throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) zuranolone was less effective in treating MDD than Defendants had led investors to believe; (ii) accordingly, the FDA was unlikely to approve the Zuranolone NDA for the treatment of MDD in its present form, and zuranolone's clinical results for MDD, as well as its overall regulatory and commercial prospects, were overstated; (iii) SAGE-718 was less effective in treating MCI due to PD than Defendants had led investors to believe; (iv) accordingly, SAGE-718's clinical, regulatory, and commercial prospects as a treatment for MCI due to PD were overstated; (v) SAGE-324 was less effective in treating ET than Defendants had led investors to believe; (vi) accordingly, SAGE-324's clinical, regulatory, and commercial prospects as a treatment for ET were overstated; and (vii) as a result of all the foregoing, the Company's public statements were materially false and misleading at all relevant times.

On August 4, 2023, Sage issued a press release disclosing that the FDA had only approved the Zuranolone NDA insofar as it sought zuranolone as a treatment for adults with PPD and had "issued a Complete Response Letter for the [NDA] for zuranolone in the treatment of adults with MDD" because "the application did not provide substantial evidence of effectiveness to support the approval of zuranolone for the treatment of MDD," advising that "an additional study or studies will be needed" for that additional indication.

On this news, Sage's stock price fell $19.35 per share, or 53.6%, to close at $16.75 per share on August 7, 2023.

On April 17, 2024, Sage issued a press release disclosing that a Phase 2 study of SAGE-718 as a treatment for MCI due to PD "did not meet its primary endpoint of demonstrating statistically significant difference from baseline in participants treated with once-daily dalzanemdor [SAGE-718] versus placebo on the Wechsler Adult Intelligence Scale Fourth Edition-IV Coding Test score at Day 42," and that, "[b]ased on the data, the Company does not plan any further development of [SAGE-718] in PD."

On this news, Sage's stock price fell $3.06 per share, or 19.58%, to close at $12.57 per share on April 17, 2024.

Then, on July 24, 2024, Sage issued a press release disclosing that a Phase 2 study of SAGE-324 as a treatment for ET "did not demonstrate a statistically significant dose-response relationship in change from baseline to Day 91 based on the primary endpoint, The Essential Tremor Rating Assessment Scale (TETRAS) Performance Subscale (PS) Item 4 (upper limb) total score, in participants with ET"; that "there were no statistically significant differences demonstrated for any dose of SAGE-324 versus placebo in the change from baseline to Day 91 on the TETRAS PS Item 4 Total Score or the TETRAS Activities of Daily Living Composite Score"; and that, "[g]iven these results, Sage and Biogen will close the ongoing open label safety study of SAGE-324 in ET and do not plan to conduct further clinical development of SAGE-324 in ET."

On this news, Sage's stock price fell $2.70 per share, or 20.64%, to close at $10.38 per share on July 24, 2024.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See www.pomlaw.com.

Attorney advertising. Prior results do not guarantee similar outcomes.

**SOURCE:** Pomerantz LLP

Topic: Class Action

‹ **Back to Newsroom**

Case 1:24-cv-06511-JAV    Document 12-3    Filed 10/28/24    Page 4 of 4



ABOUT    PRODUCTS    NEWSROOM    RESOURCES

SUBMIT A PRESS RELEASE

CUSTOMER REVIEWS    LOGIN

products, our team's here to help!

## ABOUT

WHO WE ARE

WHO WE SERVE

CONTACT

## PRODUCTS

PRESS RELEASE DISTRIBUTION

PRESS RELEASE OPTIMIZER

MEDIA SUITE

MEDIA DATABASE

MEDIA PITCHING

MEDIA MONITORING

MEDIA ROOM

IR WEBSITES

WEBCASTING

## NEWSROOM

## RESOURCES

LIBRARY

FAQ

COMPANY SPOTLIGHT

PRESS RELEASE SAMPLE

PRESS RELEASE TEMPLATE

BLOG

## CUSTOMER REVIEWS

## LOGIN

## CONNECT TODAY!

SALES

EDITORIAL

CONTENT LICENSING

JOIN OUR NEWSLETTER

866-694-3099

© 2024 ACCESSWIRE | All Rights Reserved

PRIVACY POLICY    |    TERMS OF SERVICE    |    RESPONSIBLE DISCLOSURE GUIDELINES    |    Status