UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| DARREN KORVER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SAGE THERAPEUTICS, INC., BARRY E. GREENE, and KIMI IGUCHI, <br><br> Defendants. | Case No.  1:24-cv-06511-LGS |

DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION
OF MARK FRIEDMAN FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF LEAD COUNSEL

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Mark Friedman ("Friedman"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Friedman's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Chart setting forth Friedman's financial interest in this litigation;

Exhibit B:    Press release published via *AccessWire* on August 28, 2024, announcing the pendency of the Action;

Exhibit C:    Shareholder Certification executed by Friedman;

Exhibit D:    Declaration executed by Friedman; and

Exhibit E:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on October 28, 2024.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1