# EXHIBIT A

**Sage Therapeutics, Inc. (SAGE)**
**Class Period: April 12, 2021 to July 23, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | 8/4/2023 Corrective Shares Retained | 90-Days* Mean Price $7.9838 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | | |
| Mark Friedman, Acct 1 | Common Stock | | 2,500 | | ($97,698) | | (2,500) | | $119,315 | 0 | $0 | $21,617 |
| Mark Friedman, Acct 1 | Options | | 36 | | ($67,378) | | (36) | | $20,138 | 30 | $0 | ($47,240) |
| Mark Friedman, Acct 2 | Common Stock | | 2,640 | | ($114,083) | | (6,640) | | $347,875 | 0 | $0 | $7,821 |
| Mark Friedman, Acct 2 | Options | | 71 | | ($141,998) | | (71) | | $130,415 | 20 | $0 | ($11,583) |
| Mark Friedman, Acct 3 | Options | | 21 | | ($37,375) | | (21) | | $6,415 | 21 | $0 | ($30,960) |
| Mark Friedman, Acct 4 | Options | | 118 | | ($277,417) | | (118) | | $109,457 | 105 | $0 | ($167,960) |
| | | | | | | | | | | | | |
| Mark Friedman | Common Stock | | 5,140 | | ($211,781) | | (9,140) | | $467,190 | 0 | $0 | $29,438 |
| Mark Friedman | Options | | 246 | | ($524,168) | | (246) | | $266,425 | 176 | $0 | ($257,743) |
| **Mark Friedman** | **Common Stock & Options** | | | | **($735,949)** | | | | **$733,615** | | **$0** | **($228,305)** |
| | | | | | | | | | | | | |
| Account 1 | | | | | | | | | | | | |
| Mark Friedman | Common Stock | 1/24/2022 | 400 | $35.0000 | ($14,000) | 6/26/2023 | (304) | $47.9500 | $14,577 | | | |
| Mark Friedman | Common Stock | 6/1/2022 | 100 | $32.0000 | ($3,200) | 6/26/2023 | (700) | $47.9400 | $33,558 | | | |
| Mark Friedman | Common Stock | 6/6/2022 | 50 | $37.5000 | ($1,875) | 6/26/2023 | (246) | $47.9200 | $11,788 | | | |
| Mark Friedman | Common Stock | 6/6/2022 | 50 | $37.7500 | ($1,888) | 7/5/2023 | (250) | $48.0000 | $12,000 | | | |
| Mark Friedman | Common Stock | 6/6/2022 | 50 | $37.0000 | ($1,850) | 7/5/2023 | (200) | $47.5000 | $9,500 | | | |
| Mark Friedman | Common Stock | 6/7/2022 | 2 | $36.7500 | ($74) | 7/5/2023 | (200) | $47.5000 | $9,500 | | | |
| Mark Friedman | Common Stock | 6/7/2022 | 48 | $36.5000 | ($1,752) | 7/14/2023 | (600) | $47.3200 | $28,392 | | | |
| Mark Friedman | Common Stock | 6/7/2022 | 50 | $36.0000 | ($1,800) | | | | | | | |
| Mark Friedman | Common Stock | 7/14/2022 | 250 | $35.0000 | ($8,750) | | | | | | | |
| Mark Friedman | Common Stock | 11/8/2022 | 1,000 | $34.7600 | ($34,760) | | | | | | | |
| Mark Friedman | Common Stock | 6/20/2023 | 500 | $55.5000 | ($27,750) | | | | | | | |
| **Mark Friedman** | **Common Stock** | | **2,500** | | **($97,698)** | | **(2,500)** | | **$119,315** | **0** | **$0** | **$21,617** |
| | | | | | | | | | | | | |
| Mark Friedman | C 20240119 20 | 6/23/2022 | 10 | $17.6000 | ($17,600) | 1/9/2024 | (1) | $6.2000 | $620 | | | |
| Mark Friedman | C 20240119 20 | 11/8/2022 | 3 | $17.1100 | ($5,133) | 1/9/2024 | (1) | $6.4000 | $640 | | | |
| Mark Friedman | C 20240119 20 | 11/8/2022 | 7 | $17.1000 | ($11,970) | 1/11/2024 | (1) | $6.8000 | $680 | | | |
| Mark Friedman | C 20240119 20 | | | | | 1/11/2024 | (1) | $6.9000 | $690 | | | |
| Mark Friedman | C 20240119 20 | | | | | 1/11/2024 | (1) | $7.0000 | $700 | | | |
| Mark Friedman | C 20240119 20 | | | | | 1/12/2024 | (1) | $7.8000 | $780 | | | |
| Mark Friedman | C 20240119 20 | | | | | 1/16/2024 | (1) | $6.0000 | $600 | | | |
| Mark Friedman | C 20240119 20 | | | | | 1/17/2024 | (1) | $6.6000 | $660 | | | |
| Mark Friedman | C 20240119 20 | | | | | 1/17/2024 | (1) | $6.7000 | $670 | | | |
| Mark Friedman | C 20240119 20 | | | | | 1/17/2024 | (1) | $6.7500 | $675 | | | |

*Avg Closing Prices from July 24, 2024 to October 21, 2024

**Sage Therapeutics, Inc. (SAGE)**
**Class Period: April 12, 2021 to July 23, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | 8/4/2023 Corrective Shares Retained | 90-Days* Mean Price $7.9838 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mark Friedman | C 20240119 20 | | | | | 1/17/2024 | (1) | $6.9000 | $690 | | | |
| Mark Friedman | C 20240119 20 | | | | | 1/17/2024 | (1) | $7.0000 | $700 | | | |
| Mark Friedman | C 20240119 20 | | | | | 1/18/2024 | (1) | $6.6000 | $660 | | | |
| Mark Friedman | C 20240119 20 | | | | | 1/18/2024 | (1) | $6.1000 | $610 | | | |
| Mark Friedman | C 20240119 20 | | | | | 1/19/2024 | (1) | $6.0000 | $600 | | | |
| Mark Friedman | C 20240119 20 | | | | | 1/19/2024 | (1) | $6.3000 | $630 | | | |
| Mark Friedman | C 20240119 20 | | | | | 1/19/2024 | (1) | $6.4000 | $640 | | | |
| Mark Friedman | C 20240119 20 | | | | | 1/19/2024 | (3) | $6.3100 | $1,893 | | | |
| **Mark Friedman** | **C 20240119 20** | | **20** | | **($34,703)** | | **(20)** | | **$13,138** | **20** | **$0** | **($21,565)** |
| | | | | | | | | | | | | |
| **Mark Friedman** | **C 20240119 32.5** | **4/5/2023** | **5** | **$13.5000** | **($6,750)** | **1/22/2024** | **(5) expired** | | | **5** | **$0** | **($6,750)** |
| | | | | | | | | | | | | |
| Mark Friedman | C 20240119 70 | 5/2/2023 | 1 | $2.8500 | ($285) | 1/22/2024 | (5) expired | | | | | |
| Mark Friedman | C 20240119 70 | 5/2/2023 | 4 | $2.6000 | ($1,040) | | | | | | | |
| **Mark Friedman** | **C 20240119 70** | | **5** | | **($1,325)** | | **(5)** | | **$0** | **5** | **$0** | **($1,325)** |
| | | | | | | | | | | | | |
| Mark Friedman | C 20220121 35 | 2/19/2020 | 6 | $41.0000 | ($24,600) | 6/3/2021 | (2) | $35.0000 | $7,000 | | | |
| Mark Friedman | C 20220121 35 | | | | | 1/24/2022 | (4) exercised | | | | | |
| Mark Friedman | C 20220121 35 | | **6** | | **($24,600)** | | **(6)** | | **$7,000** | **0** | **$0** | **($17,600)** |
| | | | | | | | | | | | | |
| Account 2 | | | | | | | | | | | | |
| Mark Friedman | Common Stock | | | | | Preclass | 4,000 | | | | | |
| Mark Friedman | Common Stock | 3/8/2023 | 1,000 | $43.6000 | ($43,600) | 6/15/2021 | (712) | $60.1000 | $42,791 | | | |
| Mark Friedman | Common Stock | 3/9/2023 | 1,000 | $42.6000 | ($42,600) | 6/15/2021 | (534) | $60.0900 | $32,088 | | | |
| Mark Friedman | Common Stock | 3/10/2023 | 1 | $42.5000 | ($43) | 6/15/2021 | (15) | $60.0800 | $901 | | | |
| Mark Friedman | Common Stock | 3/21/2023 | 100 | $44.5000 | ($4,450) | 6/15/2021 | (110) | $60.0600 | $6,607 | | | |
| Mark Friedman | Common Stock | 3/21/2023 | 100 | $44.0000 | ($4,400) | 6/15/2021 | (629) | $60.0500 | $37,771 | | | |
| Mark Friedman | Common Stock | 3/21/2023 | 99 | $43.5000 | ($4,307) | 7/13/2021 | (20) | $52.9500 | $1,059 | | | |
| Mark Friedman | Common Stock | 3/22/2023 | 100 | $42.5000 | ($4,250) | 7/13/2021 | (180) | $52.9400 | $9,529 | | | |
| Mark Friedman | Common Stock | 3/22/2023 | 100 | $42.0000 | ($4,200) | 7/13/2021 | (280) | $52.9300 | $14,820 | | | |
| Mark Friedman | Common Stock | 3/28/2023 | 100 | $42.0000 | ($4,200) | 7/13/2021 | (100) | $52.9200 | $5,292 | | | |
| Mark Friedman | Common Stock | 5/8/2023 | 40 | $50.8400 | ($2,034) | 7/13/2021 | (200) | $52.9100 | $10,582 | | | |
| Mark Friedman | Common Stock | | | | | 7/13/2021 | (100) | $52.9100 | $5,291 | | | |
| Mark Friedman | Common Stock | | | | | 7/13/2021 | (300) | $52.9000 | $15,870 | | | |
| Mark Friedman | Common Stock | | | | | 7/13/2021 | (820) | $52.8900 | $43,370 | | | |
| Mark Friedman | Common Stock | | | | | 4/6/2023 | (50) | $41.4000 | $2,070 | | | |
| Mark Friedman | Common Stock | | | | | 4/11/2023 | (43) | $43.1000 | $1,853 | | | |

*Avg Closing Prices from July 24, 2024 to October 21, 2024

**Sage Therapeutics, Inc. (SAGE)**
**Class Period: April 12, 2021 to July 23, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | 8/4/2023 Corrective Shares Retained | 90-Days* Mean Price $7.9838 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mark Friedman | Common Stock | | | | | 4/11/2023 | (1) | $43.1500 | $43 | | | |
| Mark Friedman | Common Stock | | | | | 6/27/2023 | (453) | $47.3500 | $21,450 | | | |
| Mark Friedman | Common Stock | | | | | 6/28/2023 | (2,093) | $46.1000 | $96,487 | | | |
| **Mark Friedman** | **Common Stock** | | **2,640** | | **($114,083)** | | **(6,640)** | | **$347,875** | **0** | **$0** | **$7,821** |
| | | | | | | | | | | | | |
| Mark Friedman | C 20240119 25 | 3/9/2023 | 1 | $21.0000 | ($2,100) | 1/9/2024 | (2) | $1.7000 | $340 | | | |
| Mark Friedman | C 20240119 25 | 3/9/2023 | 9 | $20.5000 | ($18,450) | 1/9/2024 | (2) | $1.8000 | $360 | | | |
| Mark Friedman | C 20240119 25 | 3/9/2023 | 5 | $21.0000 | ($10,500) | 1/9/2024 | (2) | $1.9000 | $380 | | | |
| Mark Friedman | C 20240119 25 | 3/28/2023 | 5 | $19.5000 | ($9,750) | 1/9/2024 | (2) | $2.0000 | $400 | | | |
| Mark Friedman | C 20240119 25 | | | | | 1/9/2024 | (2) | $2.1000 | $420 | | | |
| Mark Friedman | C 20240119 25 | | | | | 1/9/2024 | (2) | $2.2000 | $440 | | | |
| Mark Friedman | C 20240119 25 | | | | | 1/9/2024 | (2) | $2.3000 | $460 | | | |
| Mark Friedman | C 20240119 25 | | | | | 1/11/2024 | (1) | $2.1000 | $210 | | | |
| Mark Friedman | C 20240119 25 | | | | | 1/11/2024 | (1) | $2.2000 | $220 | | | |
| Mark Friedman | C 20240119 25 | | | | | 1/11/2024 | (1) | $2.3000 | $230 | | | |
| Mark Friedman | C 20240119 25 | | | | | 1/12/2024 | (1) | $2.8000 | $280 | | | |
| Mark Friedman | C 20240119 25 | | | | | 1/12/2024 | (1) | $2.9000 | $290 | | | |
| Mark Friedman | C 20240119 25 | | | | | 1/12/2024 | (1) | $2.8500 | $285 | | | |
| **Mark Friedman** | **C 20240119 25** | | **20** | | **($40,800)** | | **(20)** | | **$4,315** | **20** | **$0** | **($36,485)** |
| | | | | | | | | | | | | |
| Mark Friedman | C 20220121 15 | 3/26/2020 | 12 | $21.5000 | ($25,800) | 11/2/2021 | (50) | $25.0000 | $125,000 | | | |
| Mark Friedman | C 20220121 15 | 3/26/2020 | 5 | $22.5000 | ($11,250) | | | | | | | |
| Mark Friedman | C 20220121 15 | 3/26/2020 | 7 | $22.5000 | ($15,750) | | | | | | | |
| Mark Friedman | C 20220121 15 | 3/27/2020 | 1 | $20.3000 | ($2,030) | | | | | | | |
| Mark Friedman | C 20220121 15 | 3/27/2020 | 1 | $20.0000 | ($2,000) | | | | | | | |
| Mark Friedman | C 20220121 15 | 3/30/2020 | 1 | $21.1300 | ($2,113) | | | | | | | |
| Mark Friedman | C 20220121 15 | 3/30/2020 | 1 | $21.5000 | ($2,150) | | | | | | | |
| Mark Friedman | C 20220121 15 | 3/30/2020 | 1 | $21.0000 | ($2,100) | | | | | | | |
| Mark Friedman | C 20220121 15 | 3/30/2020 | 1 | $20.5000 | ($2,050) | | | | | | | |
| Mark Friedman | C 20220121 15 | 3/31/2020 | 1 | $19.0000 | ($1,900) | | | | | | | |
| Mark Friedman | C 20220121 15 | 4/1/2020 | 1 | $17.7500 | ($1,775) | | | | | | | |
| Mark Friedman | C 20220121 15 | 4/2/2020 | 1 | $16.5000 | ($1,650) | | | | | | | |
| Mark Friedman | C 20220121 15 | 4/7/2020 | 2 | $19.0000 | ($3,800) | | | | | | | |
| Mark Friedman | C 20220121 15 | 4/7/2020 | 1 | $18.6000 | ($1,860) | | | | | | | |
| Mark Friedman | C 20220121 15 | 4/8/2020 | 1 | $18.5000 | ($1,850) | | | | | | | |
| Mark Friedman | C 20220121 15 | 4/8/2020 | 1 | $19.0000 | ($1,900) | | | | | | | |
| Mark Friedman | C 20220121 15 | 4/9/2020 | 1 | $18.6000 | ($1,860) | | | | | | | |

*Avg Closing Prices from July 24, 2024 to October 21, 2024

**Sage Therapeutics, Inc. (SAGE)**
**Class Period: April 12, 2021 to July 23, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| | | Purchase or Acquire | | | | Sales | | | | 8/4/2023 Corrective Shares Retained | 90-Days* Mean Price $7.9838 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plaintiff | Security Type | Date | Shares | Price | Amount | Date | Shares | Price | Amount | | | |
| Mark Friedman | C 20220121 15 | 4/13/2020 | 1 | $18.0000 | ($1,800) | | | | | | | |
| Mark Friedman | C 20220121 15 | 4/14/2020 | 1 | $18.0000 | ($1,800) | | | | | | | |
| Mark Friedman | C 20220121 15 | 4/14/2020 | 1 | $17.8000 | ($1,780) | | | | | | | |
| Mark Friedman | C 20220121 15 | 4/14/2020 | 1 | $17.9000 | ($1,790) | | | | | | | |
| Mark Friedman | C 20220121 15 | 4/14/2020 | 1 | $17.8000 | ($1,780) | | | | | | | |
| Mark Friedman | C 20220121 15 | 4/14/2020 | 1 | $17.7000 | ($1,770) | | | | | | | |
| Mark Friedman | C 20220121 15 | 4/14/2020 | 1 | $17.5000 | ($1,750) | | | | | | | |
| Mark Friedman | C 20220121 15 | 4/14/2020 | 1 | $17.3000 | ($1,730) | | | | | | | |
| Mark Friedman | C 20220121 15 | 4/15/2020 | 1 | $16.7000 | ($1,670) | | | | | | | |
| Mark Friedman | C 20220121 15 | 4/15/2020 | 1 | $17.0000 | ($1,700) | | | | | | | |
| Mark Friedman | C 20220121 15 | 4/16/2020 | 1 | $17.5000 | ($1,750) | | | | | | | |
| **Mark Friedman** | **C 20220121 15** | | **50** | | **($101,158)** | | **(50)** | | **$125,000** | **0** | **$0** | **$23,842** |
| | | | | | | | | | | | | |
| **Mark Friedman** | **C 20210716 90** | **6/16/2021** | **1** | **$0.4000** | **($40)** | **6/9/2021** | **(1)** | **$11.0000** | **$1,100** | **0** | **$0** | **$1,060** |
| | | | | | | | | | | | | |
| _Account 3_ | | | | | | | | | | | | |
| Mark Friedman | C 20240119 32.5 | 8/12/2022 | 10 | $16.0000 | ($16,000) | 1/11/2024 | (1) | $7.0000 | $700 | | | |
| Mark Friedman | C 20240119 32.5 | 8/30/2022 | 10 | $21.1000 | ($21,100) | 1/16/2024 | (1) | $5.9000 | $590 | | | |
| Mark Friedman | C 20240119 32.5 | | | | | 1/16/2024 | (1) | $6.2000 | $620 | | | |
| Mark Friedman | C 20240119 32.5 | | | | | 1/17/2024 | (1) | $6.7000 | $670 | | | |
| Mark Friedman | C 20240119 32.5 | | | | | 1/17/2024 | (1) | $7.0000 | $700 | | | |
| Mark Friedman | C 20240119 32.5 | | | | | 1/18/2024 | (1) | $6.2500 | $625 | | | |
| Mark Friedman | C 20240119 32.5 | | | | | 1/19/2024 | (1) | $6.1000 | $610 | | | |
| Mark Friedman | C 20240119 32.5 | | | | | 1/19/2024 | (1) | $6.2000 | $620 | | | |
| Mark Friedman | C 20240119 32.5 | | | | | 1/19/2024 | (2) | $6.4000 | $1,280 | | | |
| Mark Friedman | C 20240119 32.5 | | | | | 1/19/2024 | (10) expired | | | | | |
| **Mark Friedman** | **C 20240119 32.5** | | **20** | | **($37,100)** | | **(20)** | | **$6,415** | **20** | **$0** | **($30,685)** |
| | | | | | | | | | | | | |
| **Mark Friedman** | **C 20240119 70** | **5/2/2023** | **1** | **$2.7500** | **($275)** | **1/19/2024** | **(1) expired** | | | **1** | **$0** | **($275)** |
| | | | | | | | | | | | | |
| _Account 4_ | | | | | | | | | | | | |
| Mark Friedman | C 20240119 20 | 6/1/2022 | 5 | $17.5500 | ($8,775) | 1/8/2024 | (5) | $6.2000 | $3,100 | | | |
| Mark Friedman | C 20240119 20 | 6/2/2022 | 5 | $17.4600 | ($8,730) | 1/8/2024 | (5) | $6.2000 | $3,100 | | | |
| Mark Friedman | C 20240119 20 | 6/13/2022 | 5 | $17.0000 | ($8,500) | 1/8/2024 | (5) | $6.1000 | $3,050 | | | |
| Mark Friedman | C 20240119 20 | 6/15/2022 | 5 | $16.0000 | ($8,000) | 1/8/2024 | (5) | $6.1000 | $3,050 | | | |
| Mark Friedman | C 20240119 20 | 6/16/2022 | 5 | $15.0000 | ($7,500) | 1/8/2024 | (5) | $6.1000 | $3,050 | | | |
| Mark Friedman | C 20240119 20 | 6/28/2022 | 5 | $16.5000 | ($8,250) | 1/8/2024 | (5) | $6.0400 | $3,020 | | | |

*Avg Closing Prices from July 24, 2024 to October 21, 2024

**Sage Therapeutics, Inc. (SAGE)**
**Class Period: April 12, 2021 to July 23, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | 8/4/2023 Corrective Shares Retained | 90-Days* Mean Price $7.9838 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mark Friedman | C 20240119 20 | 6/28/2022 | 5 | $17.0000 | ($8,500) | 1/8/2024 | (5) | $6.0000 | $3,000 | | | |
| Mark Friedman | C 20240119 20 | 6/29/2022 | 5 | $16.0000 | ($8,000) | 1/8/2024 | (5) | $6.7000 | $3,350 | | | |
| Mark Friedman | C 20240119 20 | 7/1/2022 | 5 | $15.5000 | ($7,750) | 1/8/2024 | (5) | $6.6000 | $3,300 | | | |
| Mark Friedman | C 20240119 20 | 7/5/2022 | 1 | $16.0000 | ($1,600) | 1/8/2024 | (5) | $6.5000 | $3,250 | | | |
| Mark Friedman | C 20240119 20 | 7/5/2022 | 4 | $16.0000 | ($6,400) | 1/8/2024 | (5) | $6.4000 | $3,200 | | | |
| Mark Friedman | C 20240119 20 | 8/16/2022 | 1 | $25.0000 | ($2,500) | 1/8/2024 | (5) | $6.4000 | $3,200 | | | |
| Mark Friedman | C 20240119 20 | 8/17/2022 | 1 | $24.4400 | ($2,444) | 1/8/2024 | (5) | $6.3000 | $3,150 | | | |
| Mark Friedman | C 20240119 20 | 8/18/2022 | 1 | $24.0000 | ($2,400) | 1/8/2024 | (5) | $6.2400 | $3,120 | | | |
| Mark Friedman | C 20240119 20 | 8/26/2022 | 1 | $22.0000 | ($2,200) | 1/8/2024 | (5) | $6.2000 | $3,100 | | | |
| Mark Friedman | C 20240119 20 | 8/26/2022 | 1 | $23.0000 | ($2,300) | 1/10/2024 | (5) | $6.6000 | $3,300 | | | |
| Mark Friedman | C 20240119 20 | 11/4/2022 | 5 | $19.0000 | ($9,500) | 1/10/2024 | (4) | $7.0000 | $2,800 | | | |
| Mark Friedman | C 20240119 20 | 3/21/2023 | 1 | $25.0000 | ($2,500) | 1/10/2024 | (4) | $6.9000 | $2,760 | | | |
| Mark Friedman | C 20240119 20 | 3/21/2023 | 9 | $25.0000 | ($22,500) | 1/10/2024 | (1) | $7.0000 | $700 | | | |
| Mark Friedman | C 20240119 20 | 5/5/2023 | 25 | $30.0000 | ($75,000) | 1/12/2024 | (1) | $8.0000 | $800 | | | |
| Mark Friedman | C 20240119 20 | 5/18/2023 | 5 | $33.9000 | ($16,950) | 1/12/2024 | (1) | $6.4000 | $640 | | | |
| Mark Friedman | C 20240119 20 | | | | | 1/12/2024 | (1) | $6.3000 | $630 | | | |
| Mark Friedman | C 20240119 20 | | | | | 1/12/2024 | (1) | $6.2000 | $620 | | | |
| Mark Friedman | C 20240119 20 | | | | | 1/16/2024 | (1) | $6.7000 | $670 | | | |
| Mark Friedman | C 20240119 20 | | | | | 1/16/2024 | (1) | $6.6400 | $664 | | | |
| Mark Friedman | C 20240119 20 | | | | | 1/16/2024 | (1) | $6.5000 | $650 | | | |
| Mark Friedman | C 20240119 20 | | | | | 1/16/2024 | (1) | $6.9000 | $690 | | | |
| Mark Friedman | C 20240119 20 | | | | | 1/16/2024 | (1) | $6.8300 | $683 | | | |
| Mark Friedman | C 20240119 20 | | | | | 1/17/2024 | (2) | $6.6000 | $1,320 | | | |
| **Mark Friedman** | **C 20240119 20** | | **100** | | **($220,299)** | | **(100)** | | **$63,967** | **100** | **$0** | **($156,332)** |
| | | | | | | | | | | | | |
| Mark Friedman | C 20240119 60 | 4/23/2023 | 2 | $4.9900 | ($998) | 1/19/2024 | (5) expired | | | | | |
| Mark Friedman | C 20240119 60 | 5/2/2023 | 2 | $4.4000 | ($880) | | | | | | | |
| Mark Friedman | C 20240119 60 | 5/18/2023 | 1 | $6.5000 | ($650) | | | | | | | |
| **Mark Friedman** | **C 20240119 60** | | **5** | | **($2,528)** | | **(5)** | | **$0** | **5** | **$0** | **($2,528)** |
| | | | | | | | | | | | | |
| Mark Friedman | C 20220121 40 | 12/31/2019 | 10 | $43.0000 | ($43,000) | 6/3/2021 | (5) | $32.0000 | $16,000 | | | |
| Mark Friedman | C 20220121 40 | 1/6/2020 | 1 | $42.9000 | ($4,290) | 6/7/2021 | (5) | $35.0000 | $17,500 | | | |
| Mark Friedman | C 20220121 40 | 1/31/2020 | 1 | $36.0000 | ($3,600) | 6/8/2021 | (1) | $37.9000 | $3,790 | | | |
| Mark Friedman | C 20220121 40 | 1/31/2020 | 1 | $37.0000 | ($3,700) | 6/9/2021 | (1) | $40.0000 | $4,000 | | | |
| Mark Friedman | | | | | $0 | 6/10/2021 | (1) | $42.0000 | $4,200 | | | |
| **Mark Friedman** | **C 20220121 40** | | **13** | | **($54,590)** | | **(13)** | | **$45,490** | **0** | **$0** | **($9,100)** |

*Avg Closing Prices from July 24, 2024 to October 21, 2024