# EXHIBIT C

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1.     I, Mark Friedman, make this declaration pursuant to §27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or §21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.     I have reviewed a Complaint against Sage Therapeutics, Inc. ("Sage") and authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3.     I did not purchase or acquire Sage securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.     I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Sage securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.     The attached sheet (Schedule "A") lists all of my transactions in Sage securities during the Class Period, as specified in the Complaint.

6.     During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.     I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct this day of <u>10/25/2024</u>.

Signed by:

*Mark Friedman*

F5B8120C765648F...

Mark Friedman

**Sage Therapeutics, Inc. (SAGE)**                                                                                    **Mark Friedman**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Account 1 | | | | |
| Purchase/Acquisition | Common Stock | 1/24/2022 | 400 | $35.0000 |
| Purchase/Acquisition | Common Stock | 6/1/2022 | 100 | $32.0000 |
| Purchase/Acquisition | Common Stock | 6/6/2022 | 50 | $37.5000 |
| Purchase/Acquisition | Common Stock | 6/6/2022 | 50 | $37.7500 |
| Purchase/Acquisition | Common Stock | 6/6/2022 | 50 | $37.0000 |
| Purchase/Acquisition | Common Stock | 6/7/2022 | 2 | $36.7500 |
| Purchase/Acquisition | Common Stock | 6/7/2022 | 48 | $36.5000 |
| Purchase/Acquisition | Common Stock | 6/7/2022 | 50 | $36.0000 |
| Purchase/Acquisition | Common Stock | 7/14/2022 | 250 | $35.0000 |
| Purchase/Acquisition | Common Stock | 11/8/2022 | 1,000 | $34.7600 |
| Purchase/Acquisition | Common Stock | 6/20/2023 | 500 | $55.5000 |
| Sale | Common Stock | 6/26/2023 | (304) | $47.9500 |
| Sale | Common Stock | 6/26/2023 | (700) | $47.9400 |
| Sale | Common Stock | 6/26/2023 | (246) | $47.9200 |
| Sale | Common Stock | 7/5/2023 | (250) | $48.0000 |
| Sale | Common Stock | 7/5/2023 | (200) | $47.5000 |
| Sale | Common Stock | 7/5/2023 | (200) | $47.5000 |
| Sale | Common Stock | 7/14/2023 | (600) | $47.3200 |
| | | | | |
| Purchase/Acquisition | C 20220121 35 | 2/19/2020 | 6 | $41.0000 |
| Purchase/Acquisition | C 20240119 20 | 6/23/2022 | 10 | $17.6000 |
| Purchase/Acquisition | C 20240119 20 | 11/8/2022 | 7 | $17.1000 |
| Purchase/Acquisition | C 20240119 20 | 11/8/2022 | 3 | $17.1100 |
| Purchase/Acquisition | C 20240119 32.5 | 4/5/2023 | 5 | $13.5000 |
| Purchase/Acquisition | C 20240119 70 | 5/2/2023 | 4 | $2.6000 |
| Purchase/Acquisition | C 20240119 70 | 5/2/2023 | 1 | $2.8500 |
| Sale | C 20220121 35 | 6/3/2021 | (2) | $35.0000 |
| Sale | C 20240119 20 | 1/9/2024 | (1) | $6.2000 |
| Sale | C 20240119 20 | 1/9/2024 | (1) | $6.4000 |
| Sale | C 20240119 20 | 1/11/2024 | (1) | $6.8000 |
| Sale | C 20240119 20 | 1/11/2024 | (1) | $6.9000 |
| Sale | C 20240119 20 | 1/11/2024 | (1) | $7.0000 |
| Sale | C 20240119 20 | 1/12/2024 | (1) | $7.8000 |
| Sale | C 20240119 20 | 1/16/2024 | (1) | $6.0000 |
| Sale | C 20240119 20 | 1/17/2024 | (1) | $6.6000 |
| Sale | C 20240119 20 | 1/17/2024 | (1) | $6.7000 |
| Sale | C 20240119 20 | 1/17/2024 | (1) | $6.7500 |
| Sale | C 20240119 20 | 1/17/2024 | (1) | $6.9000 |
| Sale | C 20240119 20 | 1/17/2024 | (1) | $7.0000 |
| Sale | C 20240119 20 | 1/18/2024 | (1) | $6.1000 |
| Sale | C 20240119 20 | 1/18/2024 | (1) | $6.6000 |
| Sale | C 20240119 20 | 1/19/2024 | (1) | $6.0000 |
| Sale | C 20240119 20 | 1/19/2024 | (1) | $6.3000 |
| Sale | C 20240119 20 | 1/19/2024 | (3) | $6.3100 |
| Sale | C 20240119 20 | 1/19/2024 | (1) | $6.4000 |
| | | | | |
| Account 2 | | | | |
| Purchase/Acquisition | Common Stock | 3/8/2023 | 1,000 | $43.6000 |
| Purchase/Acquisition | Common Stock | 3/9/2023 | 1,000 | $42.6000 |
| Purchase/Acquisition | Common Stock | 3/10/2023 | 1 | $42.5000 |
| Purchase/Acquisition | Common Stock | 3/21/2023 | 100 | $44.5000 |
| Purchase/Acquisition | Common Stock | 3/21/2023 | 100 | $44.0000 |
| Purchase/Acquisition | Common Stock | 3/21/2023 | 99 | $43.5000 |
| Purchase/Acquisition | Common Stock | 3/22/2023 | 100 | $42.5000 |
| Purchase/Acquisition | Common Stock | 3/22/2023 | 100 | $42.0000 |
| Purchase/Acquisition | Common Stock | 3/28/2023 | 100 | $42.0000 |
| Purchase/Acquisition | Common Stock | 5/8/2023 | 40 | $50.8400 |
| Sale | Common Stock | 6/15/2021 | (712) | $60.1000 |
| Sale | Common Stock | 6/15/2021 | (534) | $60.0900 |

**Sage Therapeutics, Inc. (SAGE)**                                                                    **Mark Friedman**

### List of Purchases/Acquisitions and Sales

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Sale | Common Stock | 6/15/2021 | (15) | $60.0800 |
| Sale | Common Stock | 6/15/2021 | (110) | $60.0600 |
| Sale | Common Stock | 6/15/2021 | (629) | $60.0500 |
| Sale | Common Stock | 7/13/2021 | (20) | $52.9500 |
| Sale | Common Stock | 7/13/2021 | (180) | $52.9400 |
| Sale | Common Stock | 7/13/2021 | (280) | $52.9300 |
| Sale | Common Stock | 7/13/2021 | (100) | $52.9200 |
| Sale | Common Stock | 7/13/2021 | (200) | $52.9100 |
| Sale | Common Stock | 7/13/2021 | (100) | $52.9100 |
| Sale | Common Stock | 7/13/2021 | (300) | $52.9000 |
| Sale | Common Stock | 7/13/2021 | (820) | $52.8900 |
| Sale | Common Stock | 4/6/2023 | (50) | $41.4000 |
| Sale | Common Stock | 4/11/2023 | (43) | $43.1000 |
| Sale | Common Stock | 4/11/2023 | (1) | $43.1500 |
| Sale | Common Stock | 6/27/2023 | (453) | $47.3500 |
| Sale | Common Stock | 6/28/2023 | (2,093) | $46.1000 |
| | | | | |
| Purchase/Acquisition | C 20220121 15 | 3/26/2020 | 12 | $21.5000 |
| Purchase/Acquisition | C 20220121 15 | 3/26/2020 | 5 | $22.5000 |
| Purchase/Acquisition | C 20220121 15 | 3/26/2020 | 7 | $22.5000 |
| Purchase/Acquisition | C 20220121 15 | 3/27/2020 | 1 | $20.0000 |
| Purchase/Acquisition | C 20220121 15 | 3/27/2020 | 1 | $20.3000 |
| Purchase/Acquisition | C 20220121 15 | 3/30/2020 | 1 | $20.5000 |
| Purchase/Acquisition | C 20220121 15 | 3/30/2020 | 1 | $21.0000 |
| Purchase/Acquisition | C 20220121 15 | 3/30/2020 | 1 | $21.1300 |
| Purchase/Acquisition | C 20220121 15 | 3/30/2020 | 1 | $21.5000 |
| Purchase/Acquisition | C 20220121 15 | 3/31/2020 | 1 | $19.0000 |
| Purchase/Acquisition | C 20220121 15 | 4/1/2020 | 1 | $17.7500 |
| Purchase/Acquisition | C 20220121 15 | 4/2/2020 | 1 | $16.5000 |
| Purchase/Acquisition | C 20220121 15 | 4/7/2020 | 1 | $18.6000 |
| Purchase/Acquisition | C 20220121 15 | 4/7/2020 | 2 | $19.0000 |
| Purchase/Acquisition | C 20220121 15 | 4/8/2020 | 1 | $18.5000 |
| Purchase/Acquisition | C 20220121 15 | 4/8/2020 | 1 | $19.0000 |
| Purchase/Acquisition | C 20220121 15 | 4/9/2020 | 1 | $18.6000 |
| Purchase/Acquisition | C 20220121 15 | 4/13/2020 | 1 | $18.0000 |
| Purchase/Acquisition | C 20220121 15 | 4/14/2020 | 1 | $17.3000 |
| Purchase/Acquisition | C 20220121 15 | 4/14/2020 | 1 | $17.5000 |
| Purchase/Acquisition | C 20220121 15 | 4/14/2020 | 1 | $17.7000 |
| Purchase/Acquisition | C 20220121 15 | 4/14/2020 | 1 | $17.8000 |
| Purchase/Acquisition | C 20220121 15 | 4/14/2020 | 1 | $17.8000 |
| Purchase/Acquisition | C 20220121 15 | 4/14/2020 | 1 | $17.9000 |
| Purchase/Acquisition | C 20220121 15 | 4/14/2020 | 1 | $18.0000 |
| Purchase/Acquisition | C 20220121 15 | 4/15/2020 | 1 | $16.7000 |
| Purchase/Acquisition | C 20220121 15 | 4/15/2020 | 1 | $17.0000 |
| Purchase/Acquisition | C 20220121 15 | 4/16/2020 | 1 | $17.5000 |
| Purchase/Acquisition | C 20210716 90 | 6/16/2021 | 1 | $0.4000 |
| Purchase/Acquisition | C 20240119 25 | 3/9/2023 | 9 | $20.5000 |
| Purchase/Acquisition | C 20240119 25 | 3/9/2023 | 1 | $21.0000 |
| Purchase/Acquisition | C 20240119 25 | 3/9/2023 | 5 | $21.0000 |
| Purchase/Acquisition | C 20240119 25 | 3/28/2023 | 5 | $19.5000 |
| Sale | C 20210716 90 | 6/9/2021 | (1) | $11.0000 |
| Sale | C 20220121 15 | 11/2/2021 | (50) | $25.0000 |
| Sale | C 20240119 25 | 1/9/2024 | (2) | $1.7000 |
| Sale | C 20240119 25 | 1/9/2024 | (2) | $1.8000 |
| Sale | C 20240119 25 | 1/9/2024 | (2) | $1.9000 |
| Sale | C 20240119 25 | 1/9/2024 | (2) | $2.0000 |
| Sale | C 20240119 25 | 1/9/2024 | (2) | $2.1000 |
| Sale | C 20240119 25 | 1/9/2024 | (2) | $2.2000 |
| Sale | C 20240119 25 | 1/9/2024 | (2) | $2.3000 |
| Sale | C 20240119 25 | 1/11/2024 | (1) | $2.1000 |

**Sage Therapeutics, Inc. (SAGE)**                                                                **Mark Friedman**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Sale | C 20240119 25 | 1/11/2024 | (1) | $2.2000 |
| Sale | C 20240119 25 | 1/11/2024 | (1) | $2.3000 |
| Sale | C 20240119 25 | 1/12/2024 | (1) | $2.8000 |
| Sale | C 20240119 25 | 1/12/2024 | (1) | $2.8500 |
| Sale | C 20240119 25 | 1/12/2024 | (1) | $2.9000 |
| | | | | |
| _Account 3_ | | | | |
| Purchase/Acquisition | C 20240119 32.5 | 8/12/2022 | 10 | $16.0000 |
| Purchase/Acquisition | C 20240119 32.5 | 8/30/2022 | 10 | $21.1000 |
| Purchase/Acquisition | C 20240119 70 | 5/2/2023 | 1 | $2.7500 |
| Sale | C 20240119 32.5 | 1/11/2024 | (1) | $7.0000 |
| Sale | C 20240119 32.5 | 1/16/2024 | (1) | $5.9000 |
| Sale | C 20240119 32.5 | 1/16/2024 | (1) | $6.2000 |
| Sale | C 20240119 32.5 | 1/17/2024 | (1) | $6.7000 |
| Sale | C 20240119 32.5 | 1/17/2024 | (1) | $7.0000 |
| Sale | C 20240119 32.5 | 1/18/2024 | (1) | $6.2500 |
| Sale | C 20240119 32.5 | 1/19/2024 | (1) | $6.1000 |
| Sale | C 20240119 32.5 | 1/19/2024 | (1) | $6.2000 |
| Sale | C 20240119 32.5 | 1/19/2024 | (2) | $6.4000 |
| | | | | |
| _Account 4_ | | | | |
| Purchase/Acquisition | C 20220121 40 | 12/31/2019 | 10 | $43.0000 |
| Purchase/Acquisition | C 20220121 40 | 1/6/2020 | 1 | $42.9000 |
| Purchase/Acquisition | C 20220121 40 | 1/31/2020 | 1 | $36.0000 |
| Purchase/Acquisition | C 20220121 40 | 1/31/2020 | 1 | $37.0000 |
| Purchase/Acquisition | C 20240119 20 | 6/1/2022 | 5 | $17.5500 |
| Purchase/Acquisition | C 20240119 20 | 6/2/2022 | 5 | $17.4600 |
| Purchase/Acquisition | C 20240119 20 | 6/13/2022 | 5 | $17.0000 |
| Purchase/Acquisition | C 20240119 20 | 6/15/2022 | 5 | $16.0000 |
| Purchase/Acquisition | C 20240119 20 | 6/16/2022 | 5 | $15.0000 |
| Purchase/Acquisition | C 20240119 20 | 6/28/2022 | 5 | $16.5000 |
| Purchase/Acquisition | C 20240119 20 | 6/28/2022 | 5 | $17.0000 |
| Purchase/Acquisition | C 20240119 20 | 6/29/2022 | 5 | $16.0000 |
| Purchase/Acquisition | C 20240119 20 | 7/1/2022 | 5 | $15.5000 |
| Purchase/Acquisition | C 20240119 20 | 7/5/2022 | 1 | $16.0000 |
| Purchase/Acquisition | C 20240119 20 | 7/5/2022 | 4 | $16.0000 |
| Purchase/Acquisition | C 20240119 20 | 8/16/2022 | 1 | $25.0000 |
| Purchase/Acquisition | C 20240119 20 | 8/17/2022 | 1 | $24.4400 |
| Purchase/Acquisition | C 20240119 20 | 8/18/2022 | 1 | $24.0000 |
| Purchase/Acquisition | C 20240119 20 | 8/26/2022 | 1 | $22.0000 |
| Purchase/Acquisition | C 20240119 20 | 8/26/2022 | 1 | $23.0000 |
| Purchase/Acquisition | C 20240119 20 | 11/4/2022 | 5 | $19.0000 |
| Purchase/Acquisition | C 20240119 20 | 3/21/2023 | 1 | $25.0000 |
| Purchase/Acquisition | C 20240119 20 | 3/21/2023 | 9 | $25.0000 |
| Purchase/Acquisition | C 20240119 60 | 4/23/2023 | 2 | $4.9900 |
| Purchase/Acquisition | C 20240119 60 | 5/2/2023 | 2 | $4.4000 |
| Purchase/Acquisition | C 20240119 20 | 5/5/2023 | 25 | $30.0000 |
| Purchase/Acquisition | C 20240119 60 | 5/18/2023 | 1 | $6.5000 |
| Purchase/Acquisition | C 20240119 20 | 5/18/2023 | 5 | $33.9000 |
| Sale | C 20220121 40 | 6/3/2021 | (5) | $32.0000 |
| Sale | C 20220121 40 | 6/7/2021 | (5) | $35.0000 |
| Sale | C 20220121 40 | 6/8/2021 | (1) | $37.9000 |
| Sale | C 20220121 40 | 6/9/2021 | (1) | $40.0000 |
| Sale | C 20220121 40 | 6/10/2021 | (1) | $42.0000 |
| Sale | C 20240119 20 | 1/8/2024 | (5) | $6.0000 |
| Sale | C 20240119 20 | 1/8/2024 | (5) | $6.0400 |
| Sale | C 20240119 20 | 1/8/2024 | (5) | $6.1000 |
| Sale | C 20240119 20 | 1/8/2024 | (5) | $6.1000 |
| Sale | C 20240119 20 | 1/8/2024 | (5) | $6.1000 |
| Sale | C 20240119 20 | 1/8/2024 | (5) | $6.2000 |

**Sage Therapeutics, Inc. (SAGE)**                                                                     **Mark Friedman**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Sale | C 20240119 20 | 1/8/2024 | (5) | $6.2000 |
| Sale | C 20240119 20 | 1/8/2024 | (5) | $6.2000 |
| Sale | C 20240119 20 | 1/8/2024 | (5) | $6.2400 |
| Sale | C 20240119 20 | 1/8/2024 | (5) | $6.3000 |
| Sale | C 20240119 20 | 1/8/2024 | (5) | $6.4000 |
| Sale | C 20240119 20 | 1/8/2024 | (5) | $6.4000 |
| Sale | C 20240119 20 | 1/8/2024 | (5) | $6.5000 |
| Sale | C 20240119 20 | 1/8/2024 | (5) | $6.6000 |
| Sale | C 20240119 20 | 1/8/2024 | (5) | $6.7000 |
| Sale | C 20240119 20 | 1/10/2024 | (5) | $6.6000 |
| Sale | C 20240119 20 | 1/10/2024 | (4) | $6.9000 |
| Sale | C 20240119 20 | 1/10/2024 | (4) | $7.0000 |
| Sale | C 20240119 20 | 1/10/2024 | (1) | $7.0000 |
| Sale | C 20240119 20 | 1/12/2024 | (1) | $6.2000 |
| Sale | C 20240119 20 | 1/12/2024 | (1) | $6.3000 |
| Sale | C 20240119 20 | 1/12/2024 | (1) | $6.4000 |
| Sale | C 20240119 20 | 1/12/2024 | (1) | $8.0000 |
| Sale | C 20240119 20 | 1/16/2024 | (1) | $6.5000 |
| Sale | C 20240119 20 | 1/16/2024 | (1) | $6.6400 |
| Sale | C 20240119 20 | 1/16/2024 | (1) | $6.7000 |
| Sale | C 20240119 20 | 1/16/2024 | (1) | $6.8300 |
| Sale | C 20240119 20 | 1/16/2024 | (1) | $6.9000 |
| Sale | C 20240119 20 | 1/17/2024 | (2) | $6.6000 |