UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

DARREN KORVER, on Behalf of Himself
and All Others Similarly Situated,

                  Plaintiff,

    vs.

SAGE THERAPEUTICS, INC., BARRY E.
GREENE, and KIMI IGUCHI,

                Defendants.

———————————————————————— x

: Civil Action No. 1:24-cv-06511-LGS
:
: <u>CLASS ACTION</u>
:
: DECLARATION OF DAVID A.
: ROSENFELD IN SUPPORT OF MOTION
: FOR APPOINTMENT AS LEAD
: PLAINTIFF AND APPROVAL OF LEAD
: PLAINTIFF'S SELECTION OF LEAD
: COUNSEL
:
:
:

4884-4118-9875.v1

I, DAVID A. ROSENFELD, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a partner of Robbins Geller Rudman & Dowd LLP, which, along with Abraham, Fruchter & Twersky, LLP, are proposed lead counsel for the class in the above-captioned securities class action.  I make this declaration in support of the Steamfitters Local 449 Pension & Retirement Security Funds and Trust of the Retirement System of the UPR's (collectively, the "Pension Funds") Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Notice of pendency of class action published on *Accesswire*, a national business-oriented wire service, on August 28, 2024;

Exhibit B:      The Pension Funds' Sworn Certifications;

Exhibit C:      Estimate of the Pension Funds' losses, prepared by counsel; and

Exhibit D:      Joint Declaration in Support of Motion.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 28th day of October, 2024.

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

- 1 -