# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Steamfitters Local 449 Pension & Retirement Security Funds ("Plaintiff") declares:

1.     Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.     Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.     Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.     Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action: *See* attached Schedule A.

5.     Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*Steamfitters Local 449 Pension & Retirement Security Funds v. Sleep Number Corp.*, No. 0:21-cv-02669 (D. Minn.) (Both)
*Jaszczyszyn v. SunPower Corporation*, No. 3:22-cv-00956 (N.D. Cal.) (Both)
*Steamfitters Local 449 Pension & Retirement Security Funds v. Extreme Networks, Inc.*, No. 5:24-cv-05102 (N.D.Cal.) (Both)

6.     Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

SAGE THERAPEUTICS

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _17th_ day of October, 2024.

Steamfitters Local 449 Pension &
Retirement Security Funds

By: _James A. Harding_
James A. Harding, Chairman

SAGE THERAPEUTICS

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 07/27/2023 | 204 | $35.80 |
| 07/27/2023 | 260 | $36.35 |
| 07/28/2023 | 349 | $34.96 |
| 07/28/2023 | 375 | $34.86 |
| 07/31/2023 | 354 | $34.68 |
| 07/31/2023 | 401 | $34.26 |
| 08/01/2023 | 216 | $36.00 |
| 08/01/2023 | 281 | $35.83 |
| 08/02/2023 | 208 | $36.74 |
| 08/08/2023 | 437 | $18.93 |
| 08/08/2023 | 524 | $18.57 |
| 08/09/2023 | 385 | $18.99 |
| 08/25/2023 | 422 | $19.82 |
| 05/24/2024 | 1,247 | $11.78 |
| 05/24/2024 | 1,299 | $11.69 |
| 05/28/2024 | 699 | $11.93 |
| 05/28/2024 | 837 | $12.02 |
| 05/29/2024 | 686 | $10.86 |
| 05/30/2024 | 875 | $11.50 |
| 05/30/2024 | 896 | $11.39 |
| 05/31/2024 | 851 | $11.18 |
| 06/04/2024 | 734 | $10.68 |
| 06/04/2024 | 882 | $10.96 |
| 06/05/2024 | 904 | $10.89 |
| 06/06/2024 | 896 | $10.86 |
| 06/07/2024 | 756 | $10.58 |
| 06/07/2024 | 909 | $10.65 |
| 06/10/2024 | 765 | $10.90 |
| 06/10/2024 | 919 | $10.82 |
| 06/18/2024 | 846 | $10.75 |
| 06/18/2024 | 851 | $10.89 |
| 06/20/2024 | 746 | $10.67 |
| 06/20/2024 | 895 | $10.60 |
| 06/21/2024 | 945 | $10.91 |
| 06/21/2024 | 1,031 | $11.13 |
| 06/26/2024 | 878 | $10.91 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 11/06/2023 | 1,263 | $20.75 |
| 11/06/2023 | 1,318 | $20.61 |
| 11/07/2023 | 388 | $19.40 |
| 11/07/2023 | 835 | $19.63 |
| 11/15/2023 | 612 | $19.38 |

Prices listed are rounded up to two decimal places.

**CERTIFICATION OF PLAINTIFF**
**PURSUANT TO THE FEDERAL SECURITIES LAWS**

I, Laura Santa Sánchez, as Acting Executive Director of the Trust of the Retirement System of the UPR ("Trust"), having the authority to enter into and execute this Certification on behalf of Trust, hereby certify as follows:

1.      I have reviewed the Complaint filed in *Korver v. Sage Therapeutics, Inc., et al.*, No. 1:24-cv-06511-LGS (S.D.N.Y.), and authorize the filing of a similar complaint and a motion for Trust's appointment as lead plaintiff.

2.      Trust did not engage in transactions of the Sage Therapeutics, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the Securities Exchange Act of 1934 (the "1934 Act").

3.      Trust is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.      Trust's transactions during the relevant period in the Sage Therapeutics, Inc. securities that are the subject of this action are set forth in the attached Schedule A.

5.      During the three-year period preceding the date of this Certification, Trust has sought to serve as a representative party on behalf of a class in the following cases filed under the 1934 Act: *Peters v. Twist Bioscience Corporation, et al.*, No. 5:22cv08168-EJD (N.D. Cal.); *Schneider v. Natera, Inc., et al.*, No. 1:22-cv-00398-LY (W.D. Tex.); *Zornberg v. NAPCO Security Technologies, Inc., et al.*, No. 1:23-cv-06465-BMC (E.D.N.Y.); *Allegheny County Employees' Retirement System v. AdaptHealth Corp., et al.*, No. 2:23-cv-04104 (E.D. Pa.); and *North Collier Fire Control and Rescue District Firefighters' Pension Plan v. Mercury Systems, Inc.*, et al., No. 1:23-cv-13065-WGY (D. Mass.).

6.      Trust will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _25_ day of October, 2024.

_____

Laura Santa Sánchez

Acting Executive Director
Trust of the Retirement System of the UPR

## Schedule A

Trust of the Retirement System of the UPR
Transactions in Sage Therapeutics, Inc. (SAGE)

**Schedule A**

**Trust of the Retirement System of the UPR**
**Transactions in Sage Therapeutics, Inc. (SAGE)**

| Transaction | Trade Date | Number Shares | Price |
|---|---|---|---|
| Buy | 07/28/2022 | 1,760 | 34.4803 |
| Buy | 07/29/2022 | 1,047 | 34.3222 |
| Buy | 08/01/2022 | 3,258 | 34.3909 |
| Sell | 07/11/2024 | (3,866) | 11.7350 |