# EXHIBIT C

Movants' Purchases and Losses

Class Period: 04/12/2021 - 07/23/2024

Sage Therapeutics

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Trust of the Retirement System of the UPR** | 07/28/2022 | 1,760 | $34.48 | $60,685.33 | 07/11/2024 | 3,866 | $11.74 | $45,367.51 | |
| | 07/29/2022 | 1,047 | $34.32 | $35,935.34 | held | 2,199 | $7.98 | $17,556.40 | |
| | 08/01/2022 | 3,258 | $34.39 | $112,045.55 | | | | | |
| | | **6,065** | | **$208,666.22** | | **6,065** | | **$62,923.91** | **($145,742.32)** |
| **Steamfitters Local 449 Pension & Retirement Security Funds** | 07/27/2023 | 204 | $35.80 | $7,303.20 | 11/06/2023 | 1,263 | $20.75 | $26,204.85 | |
| | 07/27/2023 | 260 | $36.35 | $9,449.99 | 11/06/2023 | 1,318 | $20.61 | $27,163.98 | |
| | 07/28/2023 | 349 | $34.96 | $12,201.04 | 11/07/2023 | 388 | $19.40 | $7,528.44 | |
| | 07/28/2023 | 375 | $34.86 | $13,072.31 | 11/07/2023 | 835 | $19.63 | $16,391.05 | |
| | 07/31/2023 | 354 | $34.68 | $12,276.72 | 11/15/2023 | 612 | $19.38 | $11,860.01 | |
| | 07/31/2023 | 401 | $34.26 | $13,739.78 | held | 20,347 | $7.98 | $162,446.57 | |
| | 08/01/2023 | 216 | $36.00 | $7,776.00 | | | | | |
| | 08/01/2023 | 281 | $35.83 | $10,068.34 | | | | | |
| | 08/02/2023 | 208 | $36.74 | $7,641.92 | | | | | |
| | 08/08/2023 | 437 | $18.93 | $8,272.41 | | | | | |
| | 08/08/2023 | 524 | $18.57 | $9,730.52 | | | | | |
| | 08/09/2023 | 385 | $18.99 | $7,311.15 | | | | | |
| | 08/25/2023 | 422 | $19.82 | $8,363.41 | | | | | |
| | 05/24/2024 | 1,247 | $11.78 | $14,689.66 | | | | | |
| | 05/24/2024 | 1,299 | $11.69 | $15,183.10 | | | | | |
| | 05/28/2024 | 699 | $11.93 | $8,339.07 | | | | | |
| | 05/28/2024 | 837 | $12.02 | $10,058.56 | | | | | |
| | 05/29/2024 | 686 | $10.86 | $7,449.96 | | | | | |
| | 05/30/2024 | 875 | $11.50 | $10,062.50 | | | | | |
| | 05/30/2024 | 896 | $11.39 | $10,204.19 | | | | | |
| | 05/31/2024 | 851 | $11.18 | $9,510.18 | | | | | |
| | 06/04/2024 | 734 | $10.68 | $7,839.12 | | | | | |
| | 06/04/2024 | 882 | $10.96 | $9,667.87 | | | | | |
| | 06/05/2024 | 904 | $10.89 | $9,846.82 | | | | | |
| | 06/06/2024 | 896 | $10.86 | $9,733.79 | | | | | |
| | 06/07/2024 | 756 | $10.58 | $7,998.48 | | | | | |
| | 06/07/2024 | 909 | $10.65 | $9,683.76 | | | | | |
| | 06/10/2024 | 765 | $10.90 | $8,338.50 | | | | | |
| | 06/10/2024 | 919 | $10.82 | $9,947.72 | | | | | |
| | 06/18/2024 | 846 | $10.75 | $9,094.50 | | | | | |
| | 06/18/2024 | 851 | $10.89 | $9,269.86 | | | | | |
| | 06/20/2024 | 746 | $10.67 | $7,959.82 | | | | | |
| | 06/20/2024 | 895 | $10.60 | $9,488.43 | | | | | |
| | 06/21/2024 | 945 | $10.91 | $10,309.67 | | | | | |
| | 06/21/2024 | 1,031 | $11.13 | $11,475.03 | | | | | |
| | 06/26/2024 | 878 | $10.91 | $9,579.24 | | | | | |
| | | **24,763** | | **$352,936.61** | | **24,763** | | **$251,594.90** | **($101,341.71)** |
| **Movants' Total** | | **30,828** | | **$561,602.84** | | **30,828** | | **$314,518.81** | **($247,084.03)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price
 during the 90 calendar days after the end of the class period.  The price used is $7.98 as of October 21, 2024 for common stock.

Prices listed are rounded up to two decimal places.