# EXHIBIT D

## JOINT DECLARATION IN SUPPORT OF LEAD PLAINTIFF MOTION

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      We respectfully submit this Joint Declaration in support of the motion of Steamfitters Local 449 Pension & Retirement Security Funds ("Steamfitters Local 449 Funds") and University of Puerto Rico Retirement System ("UPR") (collectively, the "Pension Funds"), pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for appointment as Lead Plaintiff in the pending securities class action on behalf of investors in securities of Sage Therapeutics, Inc. and approval of the Pension Funds' selection of Robbins Geller Rudman & Dowd LLP ("Robbins Geller") and Abraham, Fruchter & Twersky, LLP ("AF&T") as Lead Counsel.

2.      I, James A. Harding, am the Chairman of Steamfitters Local 449 Funds and am authorized to make this Declaration on its behalf.  Steamfitters Local 449 Funds is a multi-employer retirement plan with more than $600 million in assets under management operated for the benefit of thousands of participants, pensioners, and beneficiaries.  As reflected in its Certification, Steamfitters Local 449 Funds purchased thousands of shares of Sage Therapeutics securities during the Class Period and suffered a substantial loss as a result of the alleged violation of the federal securities laws in this action.

3.      I, Laura Santa Sánchez, am the Acting Executive Director of the TRUST and am authorized to make this Declaration on its behalf. The TRUST is a single-employer defined benefit pension plan with more than $1.5 billion in assets under management operated for the benefit of thousands of participants, pensioners, and beneficiaries.  As reflected in its Certification, The TRUST purchased thousands of shares of Sage Therapeutics securities during the Class Period and

4859-8358-0402.v1

suffered a substantial loss as a result of the alleged violation of the federal securities laws in this action.

4.  Based on prior service in securities class action cases, including as part of small and cohesive groups, we are informed of and understand the requirements and duties imposed by the PSLRA. We each have personal knowledge about the information in this Joint Declaration relating to our own actions and the movant with which we are individually associated.

5.  In light of our significant financial interests in the relief sought by the class, the Pension Funds believe that the securities class action claims against Sage Therapeutics should be led by dedicated and sophisticated institutional investors who are committed to maximizing the recovery for all harmed investors. The Pension Funds are experienced institutional investors that suffered substantial losses in their investments in Sage Therapeutics securities and thus have a common interest in seeking to recover their losses and those of the other class members through this litigation.

6.  The Pension Funds' decision to seek appointment as lead plaintiff together was informed by a variety of factors, including our past positive experiences serving as representative parties in securities and shareholder litigation as part of small groups and our complementary trading (each of us having purchased securities at different times during the Class Period) to enable us to provide broad representation to the proposed class.

7.  Before filing our motion, we communicated regarding the merits of this action, the status of the proceedings, the responsibilities of a lead plaintiff appointed pursuant to the PSLRA, the Pension Funds' ability to work together and to collaboratively assume the role of lead plaintiff, and efforts to promote effective communication in the future. We will collaborate

on joint decision-making regarding this litigation as needed. Given our mutual interest in recovering from the defendants in this litigation and our common perspective as sophisticated institutional investors and managers of pension funds, we expect that if appointed, we will fulfill our fiduciary responsibilities to the proposed class and make joint decisions together in a consensual manner..

8.    The Pension Funds understand and appreciate the Lead Plaintiff's obligation under the PSLRA to select qualified and experienced Lead Counsel and to monitor this action to ensure it is prosecuted efficiently.   Here, the Pension Funds have fulfilled this responsibility by selecting Lead Counsel with a proven history of handling this type of complex litigation.   Based on the Pension Funds' work with Robbins Geller and AF&T in prior litigation, as well as the Firms' experience in achieving substantial recoveries in securities cases, the Retirement Systems believe that Robbins Geller and AF&T are well-qualified to jointly represent them as lead plaintiff and the class.

9.    Robbins Geller and AF&T have been directed to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the investor class.   The Pension Funds will continue to supervise counsel and actively oversee the prosecution of the action for the benefit of the class of investors by, among other things, having personnel of Steamfitters Local 449 Funds and UPR  reviewing pleadings, monitoring the litigation and significant developments, instructing counsel, attending hearings as warranted, and overseeing future resolution-oriented discussions or negotiations.   As our Certifications attest, we will participate in discovery and trial as necessary.

10.    We believe our service as Lead Plaintiff, if approved by the Court, and oversight of Robbins Geller and AF&T as Lead Counsel will result in an optimal recovery for the putative

class.   And, as we have already done, we will continue to communicate with each other and provide guidance, insight, and direction to Robbins Geller and AF&T on major litigation events.

I, Laura Santa Sánchez, declare under penalty of perjury that the foregoing is true and correct. Executed this 25 day of October, 2024.

_____
(signature)
Laura Santa Sánchez
Acting Executive Director
Trust of the Retirement System of the UPR

I, James A. Harding, declare under penalty of perjury that the foregoing is true and correct. Executed this 28 day of October, 2024.

_____
(signature)
James A. Harding
Chairman
Steamfitters Local 449 Pension and Retirement
Security Funds

4859-8358-0402.v1