UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
DARREN KORVER, *individually and on behalf* :
*of all others similarly situated*, :
         Plaintiff, :   24 Civ. 6511 (LGS)
:
    -against-    :   <u>ORDER</u>
:
SAGE THERAPEUTICS, INC., et al., :
        Defendants. :
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, on August 28, 2024, Plaintiff filed this action.

  WHEREAS, on October 28, 2024, multiple movants filed motions to appoint lead plaintiff(s). It is hereby

  **ORDERED** that any party seeking to respond to the motions shall file a response by November 12, 2024.

Dated: October 29, 2024
   New York, New York

                      LORNA G. SCHOFIELD
                     UNITED STATES DISTRICT JUDGE