UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| DARREN KORVER, on Behalf of Himself and All Others Similarly Situated, | : | Civil Action No. 1:24-cv-06511-LGS |
|  | : |  |
|  | : | <u>CLASS ACTION</u> |
| Plaintiff, | : |  |
|  | : | DECLARATION OF DAVID A. |
| vs. | : | ROSENFELD IN SUPPORT OF THE |
|  | : | PENSION FUNDS' MEMORANDUM OF |
| SAGE THERAPEUTICS, INC., BARRY E. GREENE, and KIMI IGUCHI, | : | LAW IN OPPOSITION TO COMPETING |
|  | : | LEAD PLAINTIFF MOTIONS |
|  | : |  |
| Defendants. | : |  |
|  | : |  |

4857-9863-3208.v1

I, DAVID A. ROSENFELD, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the State of New York and this Court. I am a partner of Robbins Geller Rudman & Dowd LLP, which, along with Abraham, Fruchter & Twersky, LLP, are proposed lead counsel for the class in the above-captioned securities class action. I make this declaration in support of the Pension Funds' Memorandum of Law in Opposition to Competing Lead Plaintiff Motions. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached is a true and correct copy of the following exhibit:

Exhibit 1: Trust of the Retirement System of the UPR's Corrected Certification.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of November, 2024.

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

4857-9863-3208.v1