# EXHIBIT 1

**AMENDED CERTIFICATION OF PLAINTIFF**
**PURSUANT TO THE FEDERAL SECURITIES LAWS**

I, Laura Santa Sánchez, as Acting Executive Director of the Trust of the Retirement System of the UPR (the "Trust"), having the authority to enter into and execute this Certification on behalf of the Trust, hereby certify as follows:

1.      I have reviewed the Complaint filed in *Korver v. Sage Therapeutics, Inc., et al.*, No. 1:24-cv-06511-LGS (S.D.N.Y.), and authorize the filing of a similar complaint and a motion for the Trust's appointment as lead plaintiff.

2.      The Trust did not engage in transactions of the Sage Therapeutics, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the Securities Exchange Act of 1934 (the "1934 Act").

3.      The Trust is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.      The Trust's transactions during the relevant period in the Sage Therapeutics, Inc. securities that are the subject of this action are set forth in the attached Schedule A.

5.      During the three-year period preceding the date of this Certification, the Trust has sought to serve as a representative party on behalf of a class in the following cases filed under the 1934 Act: *Peters v. Twist Bioscience Corp., et al.*, No. 5:22cv08168-EJD (N.D. Cal.); *Schneider v. Natera, Inc., et al.*, No. 1:22-cv-00398-LY (W.D. Tex.); *Zornberg v. NAPCO Sec. Tech., Inc., et al.*, No. 1:23-cv-06465-BMC (E.D.N.Y.); *Allegheny Cnty Emp.' Ret. Sys. v. AdaptHealth Corp., et al.*, No. 2:23-cv-04104 (E.D. Pa.); *North Collier Fire Control and Rescue Dist. Firefighters' Pension Plan v. Mercury Sys., Inc., et al.*, No. 1:23-cv-13065-WGY (D. Mass.); *Shapiro v. Assertio Holdings, Inc., et al.*, No. 1:24-cv-00169 (N.D. Ill.); *Porter v. GrafTech Int'l Ltd., et al.*, No. 1:24-cv-00154-DCN (N.D. Ohio); and *Mueller v. Endava, PLC, et al.*, No. 1:24-cv-06423-JHR (S.D.N.Y.).

6.      The Trust will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _12th_ day of November, 2024.

Laura Q. Santa Sánchez

Laura Santa Sánchez
Acting Executive Director
Trust of the Retirement System of the UPR

## Schedule A

**Trust of the Retirement System of the UPR
Transactions in Sage Therapeutics, Inc. (SAGE)**

| Transaction | Trade Date | Number Shares | Price |
|---|---|---|---|
| Buy | 07/28/2022 | 1,760 | 34.4803 |
| Buy | 07/29/2022 | 1,047 | 34.3222 |
| Buy | 08/01/2022 | 3,258 | 34.3909 |
| Sell | 07/11/2024 | (3,866) | 11.7350 |