UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ————————————— x | | |
| DARREN KORVER, on Behalf of Himself and All Others Similarly Situated, | : | Civil Action No. 1:24-cv-06511-LGS |
| | : | |
| | : | CLASS ACTION |
| Plaintiff, | : | |
| | : | |
| | : | DECLARATION OF MITCHELL M.Z. |
| vs. | : | TWERSKY IN SUPPORT OF REPLY IN |
| | : | FURTHER SUPPORT OF THE PENSION |
| SAGE THERAPEUTICS, INC., BARRY E. | : | FUNDS' MOTION FOR APPOINTMENT AS |
| GREENE, and KIMI IGUCHI, | : | LEAD PLAINTIFF |
| | : | |
| Defendants. | : | |
| | : | |
| ————————————— x | | |

I, MITCHELL M.Z. TWERSKY, declare as follows:

1.    I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a named partner of Abraham, Fruchter & Twersky, LLP, proposed lead counsel for the class in the above-captioned securities class action.  I make this declaration in support of the Steamfitters Local 449 Pension & Retirement Security Funds and Trust of the Retirement System of the UPR (collectively, the "Pension Funds") Reply in Further Support of the Pension Funds' Motion for Appointment as Lead Plaintiff.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit A:    *Wang v. STMicroelectronics N.V.*, No. 1:24-cv-06370-AKH, Joint Declaration in Support of Lead Plaintiff Motion (S.D.N.Y. Oct. 22, 2024);

Exhibit B:    *In re: Global Cord Blood Corp Sec. Litig.*, No. 1:24-cv-03071-PKC, Joint Declaration in Support of Lead Plaintiff Motion (S.D.N.Y. June 24, 2024);

Exhibit C:    *In re: Perion Network Ltd. Sec. Litig.*, No. 1:24-cv-02860-VEC, Joint Declaration in Support of Motion of Menora Mivtachim Insurance Ltd., Menora Mivtachim Pensions and Gemel Ltd., Menora Mivtachim Vehistadrut Hamehandesim Nihul Kupot Gemel LTD  and Clal Insurance Company Ltd., Clal Pension and Provident Ltd., and Atudot Pension Fund for Employees & Independent Workers Ltd. (S.D.N.Y. June 17, 2024);

Exhibit D:    *Lucid Alternative Fund, LP v. Innoviz Techs. Ltd.*, No. 1:24-cv-01971-AT, Joint Declaration in Support of Lead Plaintiff Motion (S.D.N.Y. May 14, 2024); and

Exhibit E:    *Pack v. LuxUrban Hotels Inc.*, No. 1:24-cv-01030-PAE, Joint Declaration in Support of Lead Plaintiff Motion (S.D.N.Y. Apr. 12, 2024).

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 19th day of November, 2024.

*s/ Mitchell M.Z. Twersky*
MITCHELL M.Z. TWERSKY

- 1 -