# EXHIBIT C

**JOINT DECLARATION IN SUPPORT OF MOTION OF MENORA MIVTACHIM INSURANCE LTD., MENORA MIVTACHIM PENSIONS AND GEMEL LTD., MENORA MIVTACHIM VEHISTADRUT HAMEHANDESIM NIHUL KUPOT GEMEL LTD, CLAL INSURANCE COMPANY LTD., CLAL PENSION AND PROVIDENT LTD., AND ATUDOT PENSION FUND FOR EMPLOYEES & INDEPENDENT WORKERS LTD. FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL**

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      We respectfully submit this Joint Declaration in support of the motion of (i) Menora Mivtachim Insurance Ltd. ("Menora Insurance"), Menora Mivtachim Pensions and Gemel Ltd. ("Menora Pensions & Gemel"), and Menora Mivtachim Vehistadrut Hamehandesim Nihul Kupot Gemel Ltd. (collectively "Menora"); and (ii) Clal Insurance Company Ltd., Clal Pension and Provident Ltd., and Atudot Pension Fund for Employees & Independent Workers Ltd. (collectively "Clal") for appointment as Lead Plaintiffs in the above-captioned securities class action on behalf of investors in Perion Network Ltd. ("Perion" or the "Company") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). We are informed of and understand the requirements and duties imposed by the PSLRA. We each have personal knowledge about the information in this Joint Declaration relating to the movants with which we are individually associated.

2.      Menora is an affiliate of Menora Mivtachim Holdings Ltd., a holding company based in Ramat Gan, Israel. It is among Israel's largest insurance and finance groups, with more than $70 billion in assets under management. As set forth in the Certifications submitted herewith, Menora Insurance and Menora Pensions & Gemel is serving as a lead plaintiff or co-lead plaintiff in the PSLRA actions *In re Mylan N.V. Securities Litigation*, No. 1:16-cv-07926 (S.D.N.Y.) ("*Mylan*"), *Plumbers and Steamfitters Local 60 Pension Trust v. Meta Platforms, Inc. et al*, No. 4:22-cv-01470 (N.D. Cal.) ("*Meta Platforms*"), *AMI - Government Employees Provident Fund Management Company Ltd. v. Alphabet Inc. et al.*, 3:23-cv-01186 (N.D. Cal.) ("*Alphabet*"), and *In re Adobe Inc. Securities Litigation*, 1:23-cv-09260 (S.D.N.Y.) ("*Adobe*"). Previously, Menora

1

has served as Lead Plaintiff in the *In re Comverse Tech. Inc. Sec. Litig.*, 06-cv-1825 (E.D.NY.), where it achieved a $225 million settlement on behalf of the Class.

3.     Clal is affiliated with Clal Insurance, one of the oldest insurance companies and largest institutional investors in Israel. Clal is responsible for managing assets totaling nearly $60 billion, including Clal Insurance policy holders and pension and provident funds. As set forth in the Certifications submitted herewith, Clal Insurance Company Ltd., Clal Pension and Provident Ltd., and Atudot Pension Fund for Employees & Independent Workers Ltd. are currently serving as Co-Lead Plaintiff in the PSLRA action *Roofer's Pension Fund v. Papa et al.*, 2:16-cv-02805 (D.N.J.) ("*Roofer's Pension*"), where the court recently issued as order preliminarily approving a $97 million settlement for the benefit of the Class.

4.     Menora and Clal believe that the securities class action against Perion is meritorious and should be led by dedicated and sophisticated institutional investors that are committed to maximizing the recovery on behalf of the class. Moreover, Menora and Clal recognize that they are like-minded institutional investors that suffered substantial losses in their investments in Perion securities. It is for these reasons that Menora and Clal decided to seek joint appointment as Lead Plaintiffs in the action.

5.     The decision to jointly move for appointment as Lead Plaintiffs was also informed by Menora and Clal's prior experience in securities litigation matters. Menora and Clal have highly relevant experience serving together as part of a lead plaintiff group under the PSLRA in *In re Mellanox Technologies, Ltd. Securities Litigation*, 13-cv-04909 (N.D. Cal 2013) ("*Mellanox*") and the *Jansen v. International Flavors & Fragrances Inc. et al.*, 1:19-cv-07536 (S.D.N.Y.) litigation. Based on these experiences, Menora and Clal believe that such partnerships can benefit investors. Through their prosecution of these actions, Menora and Clal have developed considerable

2

experience and appreciation for a Lead Plaintiff's responsibilities under the PSLRA. In addition, through their shared experience as co-lead plaintiffs in *Mellanox* and *International Flavors*, Menora and Clal's representatives have established relationships with one another that will help facilitate their collaborative prosecution of this action together.

6.    As part of the efforts of Menora and Clal to formalize the leadership of this action and to demonstrate their commitment to jointly prosecuting the action, representatives of Menora and Clal participated in a conference call to discuss, among other things: the strength of the claims against Defendants; a strategy for prosecuting these actions; the benefits that the class would receive from the leadership of a coordinated group of institutional investors with prior experience serving as Lead Plaintiff under the PSLRA; the shared desire of Menora and Clal to achieve the best possible result for the class; their interest in prosecuting the case in a collaborative, likeminded manner; and the actions each fund will take to continue to ensure that the class's claims will be zealously and efficiently litigated.

7.    Menora and Clal also understand and appreciate the Lead Plaintiff's obligation under the PSLRA to select Lead Counsel and to monitor the action to ensure it is prosecuted efficiently. Menora and Clal have fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of handling this type of complex litigation. In this case, Menora and Clal selected Pomerantz LLP ("Pomerantz") to serve as Lead Counsel. Based on prior work with Pomerantz—including in the *International Flavors*, *Mell anox*, *My lan*, *Me ta Platforms*, *Alphabet*, *Adobe*, *Comverse*, and *Roofer's Pension* actions—and the firm's experience in achieving substantial recoveries in securities class actions, Menora and Clal agree that Pomerantz is well-qualified to represent the class. Moreover, Pomerantz has been directed to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the class.

3

Menora and Clal will continue to supervise counsel and actively oversee the prosecution of the action for the benefit of the class by, among other things, having personnel of Menora and Clal review pleadings, instruct counsel, and/or attend hearings, as necessary.

Pursuant to 28 U.S.C. § 1746, Menora Mivtachim Insurance Ltd., Menora Mivtachim Pensions and Gemel Ltd. and Menora Mivtachim Vehistadrut Hamehandesim Nihul Kupot Gemel Ltd. declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to themselves are true to the best of their knowledge.

X _____
Menora Mivtachim Insurance Ltd.

X _____
Menora Mivtachim Pensions and Gemel Ltd.

X _____
Mivtachim Vehistadrut Hamehandesim Nihul Kupot Gemel Ltd.

Executed 17/6/2024 by Nir Moroz and Shai Kompel

5

Pursuant to 28 U.S.C. § 1746, Clal Insurance Company Ltd., Clal Pension and Provident Ltd., and Atudot Pension Fund for Employees & Independent Workers Ltd. declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to themselves are true to the best of their knowledge.

Clal Insurance Company Ltd.

Clal Pension and Provident Ltd.

Atudot Pension Fund for Employees & Independent Workers Ltd.

Executed _____ by
Barak Benski and Nir Ovadya

6