

Mark Friedman shall file any reply by **November 21, 2024**.  Both Mr. Friedman's reply and the Pension Funds' reply will be considered.  So Ordered.

Dated: November 20, 2024
     New York, New York

**J. Alexander Hood II**
        Partner

November 20, 2024

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**VIA ECF**

Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

RE:  *Korver v. Sage Therapeutics, Inc.*, 1:24-cv-06511-LGS

Dear Judge Schofield:

Pomerantz LLP is counsel to Mark Friedman, movant for appointment as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") in the above-referenced action.  We write on Mr. Friedman's behalf regarding the Reply Memorandum of Law and supporting papers filed by competing lead plaintiff movants Steamfitters Local 449 Pension & Retirement Security Funds and Trust of the Retirement System of the UPR (together, the "Pension Funds Group") on November 19, 2024.  *See* Dkt. Nos. 29-30.

On October 29, 2024, the day after motions for appointment as Lead Plaintiff in this Action were filed, the Court entered an Order providing "that any party seeking to respond to the motions shall file a response by November 12, 2024."  Dkt. No. 22.  The Court's Order did not allow for replies, nor did the Pension Funds Group seek leave of Court prior to filing its reply papers.  Accordingly, Mr. Friedman respectfully requests that the Court strike the Pension Funds Group's reply papers as improperly filed.

Separately, Mr. Friedman respectfully requests leave to file a reply brief, on or before **November 21, 2024**, to address points raised for the first time in the Pension Funds Group's opposition.  *See generally* Dkt. No. 26.  Specifically, the Pension Funds Group argues in its opposition that Mr. Friedman is disqualified from appointment as Lead Plaintiff because of his Class Period investments in option contracts and because he was a net seller of Sage Therapeutics, Inc. securities during the Class Period.  Mr. Friedman respectfully submits that, in the interest of fairness, a reply is warranted to address these arguments, to which he has not previously had an opportunity to respond.

**ahood@pomlaw.com**

600 Third Avenue, New York, NY 10016  Main: 212.661.1100  Direct: 646.581.9966
NEW YORK • CHICAGO • LOS ANGELES • PARIS • TEL AVIV
www.pomlaw.com



Hon. Lorna G. Schofield, U.S.D.J.
November 20, 2024
Page 2

Respectfully submitted,

*/s/ J. Alexander Hood II*
J. Alexander Hood II

cc:     All counsel of record (via ECF)

**600 Third Avenue, New York, New York 10016    tel: 212.661.1100    www.pomerantzlaw.com**

**NEW YORK        CHICAGO        LOS ANGELES        PARIS**