UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                    :

DARREN KORVER,                         :

                      Plaintiff,    :

                                     :      24 Civ. 6511 (LGS)

            -against-            :

                                     :      <u>ORDER</u>

SAGE THERAPEUTICS, INC., et al.,   :

                    Defendant.   :

                                     :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, movant Mark Friedman states in his declaration in support of his motion to serve as lead plaintiff that he is a lawyer. It is hereby

      **ORDERED** that, by **November 22, 2024**, Mr. Friedman shall file a letter stating whether he is affiliated with a law firm, and if so, which one.

Dated: November 21, 2024
       New York, New York

                                                          LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE