**ABRAHAM, FRUCHTER & TWERSKY, LLP**

# MEMO ENDORSED

**By ECF**

January 27, 2025

Hon. Jeannette A. Vargas
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 703
New York, NY 10007

*Plaintiff's motion for an extension of time to file an amended complaint is GRANTED. Plaintiff shall file their amended complaint by March 3, 2025. Defendants shall file their response to the amended complaint by April 17, 2025. Plaintiffs shall file any opposition by June 2, 2025. Defendants shall file any reply by June 17, 2025. Please note that the Court is unlikely to grant any additional requests for extensions of these deadlines. The Clerk of Court is directed to terminate ECF No. 47.*
*SO ORDERED.*

JEANNETTE A. VARGAS
United States District Judge
Dated: January 28, 2025

Re:    *In re Sage Therapeutics, Inc. Sec. Litig.*, No. 1:24-cv-06511-JAV (S.D.N.Y.)

Dear Judge Vargas:

We, along with Robbins Geller Rudman & Dowd LLP, are court-appointed Plaintiffs' co-lead counsel (ECF No. 42) in the above-referenced action (the "Action"). Pursuant to Section 3.E. of Your Honor's Individual Rules and Practices in Civil Cases, we submit this letter-motion to respectfully request an extension of time for the filing of an amended complaint, which will also extend the date of Defendants' response, and, if a motion to dismiss is filed, the dates applicable to the briefing of that motion.

Plaintiffs are continuing their investigation and believe that in light of recent developments involving defendant Sage Therapeutics, Inc., it is prudent to allow for more time for that investigation. We have conferred with Defendants and they do not object to the requested extension and the proposed revised schedule. Presently, the amended complaint is due on January 31, 2025. There is no Civil Case Management Plan in the Action and the parties do not have any scheduled appearances before the Court. Plaintiffs have not previously requested an extension.

If Your Honor approves of the proposed schedule, and so orders it, the new dates will be as follows:

- Plaintiffs will file their amended complaint on or before March 3, 2025;
- Defendants will file their answer or their motion to dismiss the amended complaint on or before April 17, 2025;
- Plaintiffs will file their opposition to the motion to dismiss on or before June 2, 2025; and
- Defendants will file a reply in further support of dismissal on or before June 17, 2025.

 

Hon. Jeannette A. Vargas
January 27, 2025
Page 2 of 2

If the Court has any questions, we are available at the Court's convenience.

Respectfully submitted,

_s/Lawrence D. Levit_
ABRAHAM, FRUCHTER
& TWERSKY, LLP
Mitchell M.Z. Twersky
Jack G. Fruchter
Lawrence D. Levit
450 Seventh Avenue, 38th Floor
New York, NY 10123
Telephone: 212/279-5050
mtwersky@aftlaw.com
jfruchter@aftlaw.com
llevit@aftlaw.com

cc: All Counsel of Record (via ECF)