**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re SAGE THERAPEUTICS INC. SECURITIES LITIGATION | Civil Action No. 1:24-cv-06511-JAV [rel. 1:25-cv-02498-JAV] <br><br> **NOTICE OF MOTION TO DISMISS** <br><br> ORAL ARGUMENT REQUESTED |

**PLEASE TAKE NOTICE THAT** Defendants Sage Therapeutics, Inc., Barry E. Greene, Kimi Iguchi, Al Robichaud, Christopher Benecchi, Jim Doherty, Stephen J. Kanes, and Laura Gault, by and through their undersigned counsel, hereby move this Court pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b)(3), for an order dismissing this putative class action in its entirety with prejudice. The grounds for this motion are set forth in the accompanying Memorandum of Law and Declaration of Michael T. Gass and exhibits thereto.

- 2 -

Dated: April 17, 2025											Respectfully submitted,

**BAUGHMAN KROUP BOSSE PLLC**

*/s/ Daniel A. Schwartz*
Daniel A. Schwartz
One Liberty Plaza
Floor 46
New York, NY, 10006
212-548-3212
dschwartz@BKBfirm.com

**CHOATE, HALL & STEWART LLP**
Michael T. Gass
Melissa B. Tearney
John C. Calhoun
Yani H. Ngo
Two International Place
Boston, MA 02110
(617) 248-5000
mgass@choate.com
mtearney@choate.com
jcalhoun@choate.com
yngo@choate.com

*Counsel for Defendants*