**Robbins Geller Rudman & Dowd** LLP

| | | |
|---|---|---|
| Boca Raton | Melville | San Diego |
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, D.C. |

Joseph Russello
jrussello@rgrdlaw.com

April 25, 2025

<u>VIA ECF</u>

The Honorable Jeannette A. Vargas
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 703
New York, NY 10007

  Re: *In re Sage Therapeutics, Inc. Sec. Litig.*, No. 24-CV-6511 (JAV) (S.D.N.Y.)

Dear Judge Vargas:

  This firm and Abraham, Fruchter & Twersky, LLP are Lead Counsel for plaintiffs in this putative securities class action. In accordance with Rule 3.E of Your Honor's Individual Rules and Practices in Civil Cases, we write to respectfully request an adjournment of: (1) the April 30, 2025 deadline for the parties to file a joint letter and proposed Civil Case Management Plan and Scheduling Order, as established in the January 29, 2025 Notice of Reassignment (ECF No. 49); and (2) the May 7, 2025 initial pretrial conference, scheduled in the Notice of Reassignment.

  Pursuant to Your Honor's January 28, 2025 endorsement (ECF No. 48), the briefing of Defendants' motion to dismiss will conclude on June 17, 2025. Under the Private Securities Litigation Reform Act of 1995, "all discovery and other proceedings" are automatically stayed during the pendency of that motion. 15 U.S.C. § 78u-4(b)(3)(B). Accordingly, we respectfully request an adjournment of the April 30 deadline and May 7 conference to allow the parties to complete briefing, and the Court to decide, the pending motion. We have conferred with counsel for Defendants, who consent to this request.

  This is the first request for an adjournment of these dates, and an adjournment, if granted, will not affect any other scheduled dates. In a December 5, 2024 endorsement, Judge Schofield, who then presided over this matter, granted a similar adjournment request (ECF No. 46).

  We appreciate the Court's consideration of this request.

       Respectfully submitted,

       JOSEPH RUSSELLO

cc: All Counsel (via ECF)