**Robbins Geller
Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Joseph Russello
jrussello@rgrdlaw.com

July 7, 2025

<u>VIA ECF</u>

The Honorable Jeannette A. Vargas
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 703
New York, NY 10007

   Re: *In re Sage Therapeutics, Inc. Securities Litigation*,
     <u>No. 1:24-cv-06511-JAV (S.D.N.Y.)</u>

Dear Judge Vargas:

   Lead Plaintiffs respectfully submit the decision in *Levon v. CorMedix Inc.*, No. CV 21-14020 (JXN) (CLW), 2025 WL 1810207 (D.N.J. June 30, 2025), as supplemental authority in opposition to Defendants' motion to dismiss (submitted herewith as Ex. A). In *CorMedix*, public "statements based on the [defendants'] ongoing dialogue" with the FDA gave rise to "a duty to disclose the FDA's concerns" (*id.* at *5), and their "repeated public representations of their regulatory expertise, technical manufacturing experience, and direct oversight . . . support[ed] a strong inference of scienter." *Id.* at *6. There, the court rejected the notion that an audit was irrelevant simply because it "predate[d] the NDA submission by two years," reasoning "the audit addressed precisely the type of manufacturing deficiencies that later formed the basis of the FDA's Complete Response Letters . . . ." *Id.* at *7. The court also held that cautionary language was ineffectual where "events and risks had occurred or were occurring" already. *Id.* at *6. And despite the defendants' "lack of insider trading or direct financial gain," the court recognized that "CorMedix had a strong motive to maintain investor confidence and inflated stock prices" for two public offerings totaling $60 million. *Id.* at *12 (rejecting defendants' "vague or unsupported" competing inference of scienter). The *CorMedix* decision is thus relevant to Lead Plaintiffs' opposition in several key respects. *See* ECF No. 73.

       Very truly yours,

       JOSEPH RUSSELLO

cc: All Counsel of Record (via ECF)

58 South Service Road, Suite 200 Melville, NY 11747 Tel 631-367-7100 Fax 631-367-1173 rgrdlaw.com