**Robbins Geller Rudman & Dowd LLP**

| | | | | |
|---|---|---|---|---|
| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Joseph Russello
jrussello@rgrdlaw.com

July 23, 2025

<u>VIA ECF</u>

The Honorable Jeannette A. Vargas
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 703
New York, NY 10007

   Re: *In re Sage Therapeutics, Inc. Securities Litigation*,
     <u>No. 1:24-cv-06511-JAV (S.D.N.Y.)</u>

Dear Judge Vargas:

  We write to advise the Court that Judge Neals issued a text order today, directing removal of the decision in *Levon v. CorMedix Inc.*, No. CV 21-14020 (JXN) (CLW), 2025 WL 1810207 (D.N.J. June 30, 2025), because it was "entered in error" and will be replaced. As this Court will recall, Lead Plaintiffs submitted that decision on July 7 as supplemental authority in opposition to the pending motion to dismiss. In light of the decision's retraction, we respectfully withdraw our supplemental authority letter (ECF No. 77).

       Respectfully submitted,

       JOSEPH RUSSELLO

cc: All Counsel of Record (via ECF)

58 South Service Road, Suite 200 Melville, NY 11747 Tel 631-367-7100 Fax 631-367-1173 rgrdlaw.com