August 21, 2025

**By ECF**

Hon. Jeannette A. Vargas
United States District Court
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 703
New York, NY 10007

      Re:    *In re Sage Therapeutics, Inc. Sec. Litig.*, No. 1:24-cv-06511-JAV (S.D.N.Y.)

Dear Judge Vargas:

      On behalf of Plaintiffs, we, along with Robbins Geller Rudman & Dowd LLP, respectfully submit the revised decision in *Levon v. CorMedix Inc., et al.*, No. 21-14020 (JXN) (CLW), 2025 WL 2400346 (D.N.J. Aug. 19, 2025), attached hereto as Ex. A, as supplemental authority in opposition to Defendants' motion to dismiss. Plaintiffs had submitted an earlier version of the *CorMedix* decision (ECF No. 77), but withdrew that submission when Judge Neals directed its removal. *See* ECF No. 80.

      In *CorMedix*, the court found that alleged statements and omissions were materially misleading because they "contradicted information known by Defendants and [Defendants] failed to disclose unfavorable information"—including concerns the FDA had expressed—"that would have painted a fuller, more accurate picture for investors." *CorMedix*, 2025 WL 2400346, at *12. That court also found that by discussing its manufacturing readiness and NDA, CorMedix had a duty to disclose issues regarding manufacturing deficiencies. *Id.* at *9.

      Additionally, "statements regarding the timing of the FDA's decision on [the] NDA . . . did not fall within the PSLRA's safe harbor" because the plaintiff there "allege[d that] Defendants concealed adverse events and risks that occurred or were in the process of occurring." *Id.* at *15. And scienter was alleged because defendants "publicly and repeatedly represented" their knowledge of successfully submitting NDAs, years of experience in the industry, and "knowledge and experience to oversee and manage the manufacture" of the product. *Id.* at *22. The core operations doctrine bolstered that finding. *Id.* at *23.

                Respectfully submitted,

                *s/Lawrence D. Levit*
                Lawrence D. Levit

cc: All Counsel of Record (via ECF)