**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
|---|---|---|---|---|
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Joseph Russello
jrussello@rgrdlaw.com

April 3, 2026

<u>VIA ECF</u>

The Honorable Jeannette A. Vargas
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 703
New York, NY 10007

Re:    *In re Sage Therapeutics, Inc. Securities Litigation*,
<u>No. 1:24-cv-06511-JAV (S.D.N.Y.)</u>

Dear Judge Vargas:

In accordance with Section 3.A of this Court's Individual Rules and Practices in Civil Cases, Lead Plaintiffs respectfully submit this letter motion in support of their request that the Court approve the schedule set forth in the Stipulation and [Proposed] Order Regarding Scheduling ("Stipulation"). The Stipulation sets forth a schedule for Lead Plaintiffs to file a Second Amended Complaint and for the parties to thereafter brief any motion to dismiss directed to that pleading.

The Stipulation, if approved by the Court, would eliminate the need for Lead Plaintiffs to file a motion for leave to amend. Additionally, as the Stipulation provides, the parties intend to reference briefing on Defendants' earlier motion to dismiss, where appropriate, to reduce repetition in briefing any dismissal motion directed to the Second Amended Complaint.

We appreciate the Court's consideration of this request and are available at its convenience to answer any questions.

Respectfully submitted,

JOSEPH RUSSELLO

cc:    All Counsel of Record (via ECF)

58 South Service Road, Suite 200    Melville, NY 11747    Tel 631-367-7100    Fax 631-367-1173    rgrdlaw.com